```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 54611016898
Cashier ID: waibonk
Transaction Date: 09/14/2022
Payer Name: ATPG Technology LLC

CIVIL FILING FEE- NON-PRISONER
 For: Larry Golden
 Case/Party: D-CAN-4-22-CV-005246-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Remitter: ATPG Technology LLC
 Check/Money Order Num: EU699672F
 Amt Tendered: $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

REC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611016698
Cashier ID: waltonb
Transaction Date: 09/14/2022
Payer Name: ATPG Technology LLC

CIVIL FILING FEE- NON-PRISONER
 For: Larry Golden
 Case/Party: D-CAN-4-22-CV-005246-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Remitter: ATPG Technology LLC
 Check/Money Order Num: 108945797 7a
 Amt Tendered:   $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

REF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```