UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No.  22-cv-05246-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NO. 4** |

  Notice is hereby given that the case management conference, previously set for December 13, 2022, will be held telephonically on that date before Judge Haywood S. Gilliam, Jr. at 2:00 p.m.  All counsel shall use the following dial-in information to access the call:

  Dial-In:  888-808-6929/Passcode:  6064255.

Case Management Statement due by December 6, 2022

Dated:  September 15, 2022

                Mark B. Busby
                Clerk, United States District Court

                By: _____
                Nikki D. Riley, Deputy Clerk to the
                Honorable HAYWOOD S. GILLIAM, JR.