# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

**FILED**

OCT 12 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**SCANNED**

| | |
|---|---|
| LARRY GOLDEN,<br><br>         Plaintiff,<br><br>V.<br><br>GOOGLE LLC<br><br>         Defendants. | CIVIL CASE NO: 4:22-cv-05246-HSG<br><br>**JURY TRIAL DEMANDED**<br><br>**(Direct Patent Infringement),**<br>**(Contributory Patent Infringement),**<br>**(Joint Patent Infringement)**<br><br>October 08, 2022 |

## CERTIFICATE OF SERVICE ON GOOGLE

Pursuant to the Court's authorization of service on September 14, 2022 (Dkt. 3), Plaintiff files with the Court its return of service on Google, indicating completion of the required service. With the "Summons in a Civil Action", Plaintiff also served on Google, on October 5, 2022, the Complaint; Cease and Desist Request / Settlement Offer; Order Setting Initial Case Management Conference; Civil Cover Sheet; and Consent or Declination. Theodore Stram of River City Process Service, Inc. delivered the documents to CSC-Lawyers Incorporating Service at 2710 Gateway Oaks Dr. 150N, Sacramento, CA 95833.

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (864) 992-7104 | FOR COURT USE ONLY |
|---|---|---|
| Larry Golden<br>740 Woodruff Rd Apt 1102<br>Greenville, SC 29607<br>ATTORNEY FOR   Self Represented | | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>GOLDEN, LARRY v. GOOGLE LLC | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>22-cv-05246-HSG |
| **Affidavit of Service** | | Ref. No. or File No:<br>GOLDEN, LARRY v. GOOGLE LLC |

I, **THEODORE STRAM**, declare that on **10/5/2022** at the time of service I was at least 18 years of age, not a party to this action and reside in the State of **California**. I served the within:

**Summons In A Civil Action; Order Setting Initial Case Management Conference and ADR Deadlines; Golden's Cease And Desist Request That Includes Golden's Offer For Settlement; Complaint For Patent Infringement**

And that on: **10/5/2022**          at: **03:12 PM**, I served said documents on:

**GOOGLE LLC**

By serving: **CSC-Lawyers Incorporating Service - by serving Nicole Stauss**, a person at least 18 years of age at their usual place of residence or businesss

At: **2710 Gateway Oaks Dr, 150N Sacramento, CA 95833**

A declaration of diligence and/or mailing is attached, if applicable.

I knew the person so served to be the person described as said subject.

Person who served papers:

  a. Name: **THEODORE STRAM**
  b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
  c. Telephone number: **877-446-2051**
  d. The fee for this service was: **143.25**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*

THEODORE STRAM                              Date: **10/05/2022**

Affidavit of Service                                                              Invoice #: 6523903

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| Larry Golden ) | |
| ) | |
| *Plaintiff(s)* ) | Civil Action No. 22 05246 |
| v. ) | |
| ) | HSG |
| Google LLC ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Larry Golden
   740 Woodruff Rd., #1102
   Greenville, SC 29607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 14 2022

Betty J. Walton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOOGLE LLC
was received by me on *(date)* 10-4-2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NICOLE STAUSS OF CSC LAWYERS, who is designated by law to accept service of process on behalf of *(name of organization)* GOOGLE LLC on *(date)* 10-5-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 6.00 for travel and $ 70.00 for services, for a total of $ 76.00.

I declare under penalty of perjury that this information is true.

Date: 10-6-22

Server's signature

THEODORE STRAM
Printed name and title

8801 FOLSOM BLVD #165 SACRAMENTO, CA 95826
Server's address

Additional information regarding attempted service, etc:

## CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of SACRAMENTO

Subscribed and sworn (or affirmed) to before me this 6th day of OCTOBER, 2022, by

THEODORE STRAM

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signed]_

[Notary Seal: SAMPDA SHARMA, COMM. # 2330460, NOTARY PUBLIC - CALIFORNIA, SACRAMENTO COUNTY, COMM. EXPIRES JULY 18, 2024]