Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**NOTICE OF ATTORNEY APPEARANCE OF SACHLI BALAZADEH-NAYERI**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Defendant Google LLC hereby notifies the Court and the parties to this action that Sachli Balazadeh-Nayeri of Warren Lex LLP, an attorney admitted to practice before this Court, appears as counsel for defendant Google LLC in this matter.  Please serve all pleadings, correspondence, and other materials on Ms. Balazadeh-Nayeri at the above address.

Date:   October 26, 2022

Respectfully submitted,

*/s/ Sachli Balazadeh-Nayeri*

Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorney for Defendant Google LLC*