UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT BY DEFENDANT GOOGLE LLC** |

　　Before the Court is the Motion to Dismiss Complaint by Defendant Google LLC.  After consideration of the motion and arguments from the parties, the Court finds that it should be **GRANTED**.  The complaint is dismissed without leave to amend.

　　**IT IS SO ORDERED**.

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court Judge