UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE COMPLAINT BY GOOGLE LLC** |

   Before the Court is the Motion to Strike Complaint by Defendant Google LLC.  After consideration of the motion and arguments from the parties, the Court finds that it should be **GRANTED**. The following portions of the complaint are therefore **STRICKEN:**

- The bulleted list, beginning on page 2 with "For example, 'market.us' has published the following information . . . " and ending on page 5 with ". . . the online gateway for personal loan information";

- The section titled "Related Cases," spanning paragraphs 11-12 at pages 7-8;

- The allegations spanning paragraphs 15 and 16, beginning with "The smartphone has come a long way" and ending with "the HTC Dream, in 2008" at pages 8 and 9;

- The section titled "Google's Joint Infringement with Apple Inc." spanning paragraphs 19 to 26 at pages 13 to 15;

- The section titled "Google's Joint Infringement with Qualcomm Inc." spanning paragraphs 27 to 38 at pages 15 to 19; and

- The section titled "Claim Construction," beginning between paragraphs 38 and 39 with "Claim Construction" and ending with "October 1, 2015" in paragraph 40 at pages 19 to 20.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge