Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    December 1, 2022<br>Time:    2:00 p.m.<br>Place:   Courtroom 2<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

    I am an attorney at Warren Lex LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On October 26, 2022, I served the following documents:

    1.    Notice of Motion and Motion to Dismiss Complaint by Defendant Google LLC;

    2.    Proposed Order Granting Motion to Dismiss Complaint by Defendant Google LLC;

    3.    Notice of Motion and Motion to Strike Complaint by Defendant Google LLC;

    4.    Proposed Order Granting Motion to Strike Complaint by Defendant Google LLC;

    5.    Certificate of Interested Entities of Defendant Google LLC;

    6.    Notice of Attorney Appearance of Matthew S. Warren; and

    7.    Notice of Attorney Appearance of Sachli Balazadeh-Nayeri

on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing them in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

    On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

    I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 26, 2022 at San Francisco, California.

                                          Sachli Balazadeh-Nayeri