United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7   LARRY GOLDEN,
            Plaintiff,                    Case No. 22-cv-05246-HSG
8
       v.                                 **CLERK'S NOTICE**
9
    GOOGLE LLC,                           **RE: DKT. NOS. 11, 12**
10
            Defendant.
11

12   Notice is hereby given that counsel must re-notice not re-file the motion to dismss and the
13 motion to strike. Hearing dates of December 1, 2022, are vacated. The briefing schedule remains
14 in effect. Counsel is directed to check the Court's scheduling notes before re-noticing the motions
15 for new hearing dates. December 1st was not the Court's next available hearing date when these
16 motions were e-filed.

17 Dated: October 27, 2022

18                                        Mark B. Busby
                                          Clerk, United States District Court
19

20                                        By: _____
21                                        Nikki D. Riley, Deputy Clerk to the
                                          Honorable HAYWOOD S. GILLIAM, JR.
22