Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANT GOOGLE LLC**<br><br>Date:      February 16, 2023<br>Time:     2:00 p.m.<br>Place:    Courtroom 2<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 16, 2023, at 2:00 p.m., or as soon thereafter as the matter may be heard before Judge Haywood S. Gilliam, Jr. of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California, 94612, defendant Google LLC will move and hereby does move for an order dismissing plaintiff Larry Golden's complaint for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6). This motion is based on this Notice, the previously filed Memorandum of Points and Authorities (Docket No. 11), and all evidence, oral argument, and other matters of record before or noticed by the Court.

Google seeks an Order dismissing the complaint without leave to amend under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which this Court may grant relief.

On October 26, 2022, Google filed this motion and noticed a hearing date of December 1, 2022. Docket No. 11. On October 27, 2022, the Court noted that this date was unavailable and required Google to re-notice the motion without altering the briefing schedule. Docket No. 14. Google therefore files this amended notice with a new hearing date as required by the Court.

Date:  October 27, 2022

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com
*Attorneys for Defendant Google LLC*

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On October 27, 2022, I served this document on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2022 at San Francisco, California.

_____
Sachli Balazadeh-Nayeri