Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**AMENDED NOTICE OF MOTION TO STRIKE COMPLAINT BY DEFENDANT GOOGLE LLC**<br><br>Date:　　February 16, 2023<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2<br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 16, 2023, at 2:00 p.m., or as soon thereafter as the matter may be heard before Judge Haywood S. Gilliam, Jr. of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California, 94612, defendant Google LLC will move and hereby does move for an order striking the following portions of plaintiff Larry Golden's complaint as irrelevant, immaterial, or scandalous under Fed. R. of Civ. P. 12(f):

- The bulleted list, beginning on page 2 with "For example, 'market.us' has published the following information . . ." and ending on page 5 with ". . . the online gateway for personal loan information";
- The section titled "Related Cases," spanning paragraphs 11-12 at pages 7-8;
- The allegations spanning paragraphs 15 and 16, beginning with "The smartphone has come a long way" and ending with "the HTC Dream, in 2008" at pages 8 and 9;
- The section titled "Google's Joint Infringement with Apple Inc." spanning paragraphs 19 to 26 at pages 13 to 15;
- The section titled "Google's Joint Infringement with Qualcomm Inc." spanning paragraphs 27 to 38 at pages 15 to 19; and
- The section titled "Claim Construction," beginning between paragraphs 38 and 39 with "Claim Construction" and ending with "October 1, 2015" in paragraph 40 at pages 19 to 20.

This motion is based on this Notice, the previously filed Memorandum of Points and Authorities (Docket No. 12), and all evidence, oral argument, and other matters of record before or noticed by the Court.

Google seeks an Order striking the above portions of the complaint under Fed. R. Civ. P. 12(f).

On October 26, 2022, Google filed this motion and noticed a hearing date of December 1, 2022. Docket No. 12.  On October 27, 2022, the Court noted that this date was unavailable and required Google

\\
\\
\\
\\
\\
\\
\\

to re-notice the motion without altering the briefing schedule. Docket No. 14. Google therefore files this amended notice with a new hearing date as required by the Court.

Date:   October 27, 2022

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com
*Attorneys for Defendant Google LLC*

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

    I am an attorney at Warren Lex LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On October 27, 2022, I served this document on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

    On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

    I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 27, 2022 at San Francisco, California.

                                                                         Sachli Balazadeh-Nayeri