

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY
## MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---



**UNITED STATES POSTAL SERVICE®** | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE 864 288-5605

*Larry Golden*
*740 Woodruff Rd*
*#1102*
*Greenville, SC 29607*

**DELIVERY OPTIONS (Customer Use Only)**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE 510 637-3530

*U.S. District Court - NDC - Oakland*
*Case No. 4:22-cv-05246-HSG*
*1301 Clay Street, Suite 400S*
*Oakland, CA*

ZIP + 4® (U.S. ADDRESSES ONLY)

*9 4 6 1 2 -*

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

---

**UNITED STATES POSTAL SERVICE.**    *Retail*

# E    US POSTAGE PAID
**$27.90**

Origin: 29616
10/31/22
4536240276-05

## PRIORITY MAIL EXPRESS 1-DAY®

LARRY GOLDEN
740 WOODRUFF RD
APT 1102
GREENVILLE SC  29607-4061
(864) 288-5605

0 Lb 10.40 Oz

1007

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 11/01/22 06:00 PM

C037

SHIP
TO:
    (510) 637-3530
US DISTRICT COURT
NDC OAKLAND
1301 CLAY ST
OAKLAND CA 94612-5217

**USPS SIGNATURE® TRACKING #**



9581 7105 5564 2304 8172 03

