UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Before this Court is the Plaintiff's Cross-Motion for Summary Judgment. After consideration of the motion and arguments from the parties, the Court finds that it should be **DENIED.**

IT IS SO ORDERED.

Dated: _____, 2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge