UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:22-cv-05246-HSG <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S CROSS-MOTION TO STRIKE** |

Before this Court is the Plaintiff's Cross-Motion to Strike. After consideration of the motion and arguments from the parties, the Court finds that it should be **DENIED.**

IT IS SO ORDERED.

Dated: _____, 2022        _____
                                                                     Honorable Haywood S. Gilliam, Jr.
                                                                     United States District Court Judge