Matthew S. Warren (State Bar No. 230565)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No. 4:22-cv-05246-HSG |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| GOOGLE LLC, | |
| Defendant. | |

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On November 15, 2022, I served the following documents:

1. Reply in Support of Motion to Dismiss by Defendant Google LLC;

2. Reply in Support of Motion to Strike Defendant by Google LLC;

3. Opposition to Plaintiff's Cross-Motion for Summary Judgment by Defendant Google LLC;

4. Proposed Order Denying Plaintiff's Cross-Motion for Summary Judgment;

5. Opposition to Plaintiff's Cross-Motion to Strike by Defendant Google LLC;

6. Proposed Order Denying Plaintiff's Cross-Motion to Strike;

7. Opposition to Plaintiff's Motion for Permanent Injunctive Relief by Defendant Google LLC; and

8. Proposed Order Denying Plaintiff's Motion for Permanent Injunctive Relief.

on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing them in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on November 15, 2022, at San Francisco, California.

*/s/ Sachli*
_____
Sachli Balazadeh-Nayeri