


PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED



Retail

E

US POSTAGE PAID

$27.90

Origin: 29606
11/17/22
4536250273-08

PRIORITY MAIL EXPRESS 1-DAY®

LARRY GOLDEN
740 WOODRUFF RD
APT 1102
GREENVILLE SC 29607-4061
(864) 288-5605

0 Lb 8.80 Oz

RDC 07

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 11/18/22 06:00 PM

C037

SHIP TO:



(510) 637-3530
US DISTRICT COURT NDC OAKLAND
1301 CLAY ST
STE 400S
OAKLAND CA 94612-5225

USPS SIGNATURE® TRACKING #



9581 7103 7349 2321 8173 15

# PRIORITY MAIL



PRIORITY MAIL EXPRESS®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (864) 288-5605

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (510) 637-3530

U.S. DISTRICT COURT-NDC-OAKLAND
CASE NO: 4:22-CV-05246-HSG
1301 CLAY STREET, SUITE 400S
OAKLAND, CA

ZIP + 4® (U.S. ADDRESSES ONLY)

9 4 6 1 2 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

OD: 12 1/2 x 9 1/2

...TERNATIONAL USE
...LABEL HERE

...st.

...PO/DPO, and select International ...om for complete details.

...only.

...ARATION LABEL MAY BE REQUIRED.





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.




PRIORITY
MAIL
EXPRESS®




# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE




EP13F May 2020
OD: 12 1/2 x 9 1/2

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.