# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LARRY GOLDEN | CASE No.   4:22-cv-05246-HSG |
| Plaintiff(s) |  |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| GOOGLE LLC |  |
| Defendant(s) |  |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   November 29, 2022     _Mishima Alam_____
                                                    Party

Date:   November 29, 2022     _Matthew S. Warren_____
                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  November 29, 2022     _____
                                                    Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

**CERTIFICATE OF SERVICE**

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

 I am an attorney at Warren Lex LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On November 29, 2022, I served the foregoing ADR Certification by Parties and Counsel on the plaintiff by First Class Mail at the following address:

  Larry Golden
  740 Woodruff Road, No. 1102
  Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

 On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

 I certify under penalty of perjury that the foregoing is true and correct.  Executed on November 29, 2022, at San Francisco, California.

                   _____
                   Sachli Balazadeh-Nayeri