Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS UNDER PATENT LOCAL RULE 2-1(a)** |

Under Patent L.R. 2-1(a), defendant Google LLC notifies the Court of other actions filed by plaintiff Larry Golden within two years of the complaint in this action, which involve U.S. Patent Nos. 9,096,189 ("the '189 patent"); 9,589,439 ("the '439 patent"); and 10,163,287 ("the '287 patent").

**I.    Actions in This Court**

   **A.**    *Golden v. Qualcomm, Inc.*, **Case No. 4:22-cv-03283-HSG**

On June 6, 2022, Mr. Golden filed *Golden v. Qualcomm, Inc.*, naming defendant Qualcomm Inc. and alleging claims including "Contributory Infringement commencing from the 'manufacture, combination or composition; or, a material or an apparatus for use in practicing a patented process, constituting a material part of the invention.'" *Golden v. Qualcomm, Inc.*, No. 4:22-cv-03283-HSG, Docket No. 1 at 1-2 (N.D. Cal. Jun. 6, 2022) (citation omitted in original). The complaint referenced the '189 patent, the '439 patent, and the '287 patent. *See, e.g., id.* ¶¶ 41, 67, 85, 87, 93.

**B.**     *Golden v. Intel Corp.*, **Case No. 5:22-cv-03828-NC**

On June 28, 2022, Mr. Golden filed *Golden v. Intel Corp.*, naming defendant Intel Corp. and alleging claims including "Contributory Infringement commencing from the 'manufacture, combination or composition; or, a material or an apparatus for use in practicing a patented process, constituting a material part of the invention'" of the '189, '439, and the '287 patents. *Golden v. Intel Corp.*, No. 5:22-cv-03828-NC, Docket No. 1 at 1-2; *id.* ¶¶ 21, 77, 76, 83 (N.D. Cal. Jun. 28, 2022). On November 22, 2022, this Court granted Intel's Motion to Dismiss without leave to amend, finding that "Golden attempts to allege both direct infringement and contributory infringement on the part of Intel. Neither of these attempts are successful." Docket No. 31, slip. op. at 4 (N.D. Cal. Nov. 22, 2022). On December 6, 2022, Mr. Golden appealed to the Federal Circuit. Docket No. 33 (N.D. Cal. Dec. 6, 2022).

**C.**     *Golden v. Apple Inc.*, **Case No. 3:22-cv-04152-VKD**

On July 15, 2022, Mr. Golden filed *Golden v. Apple Inc.*, naming defendant Apple Inc. and alleging claims including "direct infringement; infringement under the 'doctrine of equivalents'; indirect infringement; and contributory infringement commencing from 35 U.S.C. § 271(a)" of the '189, '439, and '287 patents. *Golden v. Apple Inc.*, No. 3:22-cv-04152-VKD, Docket No. 1 at 1-2; *id.* ¶¶ 29; 69; 85 (N.D. Cal. Jul. 15, 2022). On October 20, 2022, this Court dismissed the complaint without leave to amend, holding that "Golden has been pressing these frivolous claims (or some variation thereof) for nearly 10 years in multiple jurisdictions. This is the rare case where dismissal without leave to amend is appropriate at the outset." Docket No. 29 (N.D. Cal. Oct. 20, 2022). On November 4, 2022, Mr. Golden appealed to the Federal Circuit. Docket No. 31 (N.D. Cal. Nov. 4, 2022).

**II.     District of South Carolina**

**A.**     *Golden v. Apple Inc.*, **Case No. 6:20-cv-04353-BHH-KFM (D.S.C.)**

On January 5, 2021, Mr. Golden filed *Golden v. Apple Inc.* in the District of South Carolina, naming Apple and fifteen other defendants, including, among others, Samsung Electronics, LG Electronics, Qualcomm Inc., Motorola Solutions Inc., AT&T, and Big 'O' Dodge Chrysler Jeep Ram. *Golden v. Apple Inc.*, No. 6:20-cv-04353-BHH-KFM, Docket No. 10, ¶¶ 27-43; 44-60; 61-77 (D.S.C. Jan. 5, 2021). Mr. Golden alleged that the defendants "jointly, directly, indirectly, and/or under the 'doctrine of equivalents'" infringed the '189, '439, and '287 patents. *Id.* On November 2, 2021, the

District of South Carolina, after conducting its standard review of *pro se* filings, dismissed the complaint without prejudice and without the issuance of service of process.  Docket No. 26, slip op. at 6 (D.S.C. Nov. 2, 2021).  Mr. Golden appealed; the Court of Appeals for the Federal Circuit affirmed.  *Golden v. Apple Inc.*, Nos. 2022-1229, 2022-1267, 2022 WL 4103285, at *1 (Fed. Cir. Sept. 8, 2022).

      B.    *Golden v. Google LLC*, **Case No. 6:21-cv-00244-JD-KFM (D.S.C.)**

On January 26, 2021, Mr. Golden filed *Golden v. Google LLC* in the District of South Carolina, naming defendant Google and alleging infringement of the '189, '439, and '287 patents.  *Golden v. Google LLC*, No. 6:21-cv-00244-JD-KFM, Docket No. 1 at 1 (D.S.C. Jan. 26, 2021).  The District of South Carolina, after conducting its standard review of *pro se* filings, dismissed the complaint with prejudice and without service of process.  Docket No. 21, slip op. at 6 (D.S.C. Nov. 2, 2021).  Mr. Golden appealed; the Court of Appeals for the Federal Circuit vacated and remanded.  *Golden v. Apple Inc.*, Nos. 2022-1229, 2022-1267, 2022 WL 4103285, at *1 (Fed. Cir. Sept. 8, 2022).  Following the Federal Circuit's remand, the reviewing Magistrate Judge recommended dismissal "without prejudice and without issuance and service of process," because "this matter is duplicative of pending litigation in the United States District Court for the Northern District of California."  *Golden v. Google*, No. 6:21-cv-00244-JD-KFM, Docket No. 39, slip op. at 8 (D.S.C. Nov. 14, 2022).

Date:   December 6, 2022

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorneys for defendant Google LLC*