Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**NOTICE OF ATTORNEY APPEARANCE OF VIRGINIA G. KAIN**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Defendant Google LLC hereby notifies the Court and the parties to this action that Virginia G. Kain of Warren Lex LLP, an attorney admitted to practice before this Court, appears as counsel for defendant Google LLC in this matter.  Please serve all pleadings, correspondence, and other materials on Ms. Kain at the above address.

Date:  December 6, 2022

Respectfully submitted,

*/s/ Virginia G. Kain*
Virginia G. Kain (State Bar No. 344545)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorney for Defendant Google LLC*