Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No. 4:22-cv-05246-HSG |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Virginia G. Kain, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On December 6, 2022, I served the following documents:

1.    Notice of Pendency of Other Actions Under Patent Local Rule 2-1(a);

2.    Case Management Statement of Defendant Google LLC; and

3.    Notice of Attorney Appearance of Virginia G. Kain.

by First Class mail on the plaintiff at this address:

    Larry Golden
    740 Woodruff Road, No. 1102
    Greenville, South Carolina, 29607

by placing them in a sealed envelope with postage paid and placing the envelope in the exclusive

custody and control of the United States Postal Service.

On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr.

Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 6,

2022, at San Francisco, California.

Virginia G. Kain

Case No. 4:22-cv-05246-HSG

CERTIFICATE OF SERVICE