United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

    Plaintiff,

        v.

GOOGLE LLC,

    Defendant.

Case No.  22-cv-05246-HSG

**CLERK'S NOTICE**

Notice is hereby given that the initial case management conference, previously set for December 13, 2022 is vacated.

Dated:  December 9, 2022

Mark B. Busby
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.