UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 22-cv-05246-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NOS. 11, 12** |

Notice is hereby given that the Court takes the pending motion to dismiss and motion to strike filings under submission. The hearings previously scheduled for February 16, 2023 at 2:00 p.m. are vacated. The Court will issue a written order.

Dated: February 8, 2023

                                        Mark B. Busby
                                        Clerk, United States District Court

                                        By: _____
                                        Nikki D. Riley, Deputy Clerk to the
                                        Honorable HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California