Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:22-cv-05246-HSG <br><br> **SECOND NOTICE OF PENDENCY OF OTHER ACTIONS UNDER PATENT LOCAL RULE 2-1(a)** |

Under Patent L.R. 2-1(a), defendant Google LLC notifies the Court of other actions filed by plaintiff Larry Golden within two years of the complaint in this action, which involve U.S. Patent Nos. 9,096,189 ("the '189 patent"); 9,589,439 ("the '439 patent"); and 10,163,287 ("the '287 patent").

**I.   Previous Notice of Pendency of Other Actions**

On December 6, 2022, Google filed a Notice of Pendency of Other Actions Under Patent Local Rule 2-1(a), alerting this Court to the following related cases:

*Golden v. Qualcomm, Inc.*, Case No. 4:22-cv-03283-HSG (N.D. Cal.);
*Golden v. Intel Corp.*, Case No. 5:22-cv-03828-NC (N.D. Cal.);
*Golden v. Apple Inc.*, Case No. 3:22-cv-04152-VKD (N.D. Cal.);
*Golden v. Apple Inc.*, Case No. 6:20-cv-04353-BHH-KFM (D.S.C.); and
*Golden v. Google LLC*, Case No. 6:21-cv-00244-JD-KFM (D.S.C.).

Docket No. 31 (Dec. 6, 2022).

II.     *Golden v. Samsung Electronics America, Inc.*, **Case No. 3:23-cv-00048 (N.D. Cal.)**

On January 5, 2023, Mr. Golden filed *Golden v. Samsung Electronics America, Inc.* in this Court, alleging claims including that "Samsung and/or their affiliates, have directly infringed each Asserted Claims of the '287, '439, and '189 patents, by making, using, selling and offering to sell, and by inducing and contributing to others' infringement through their sales." Case No. 3:23-cv-00048, Docket No. 1 ¶ 9. The complaint references the '189, '439, and '287 patents also at issue here. *Id.* ¶ 2.

Date:   February 10, 2023                     Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

# CERTIFICATE OF SERVICE

I, Virginia G. Kain, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On February 10, 2023, I served the foregoing Second Notice of Pendency of Other Actions Under Patent Local Rule 2-1(a) on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing them in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023, at San Francisco, California.

_____
Virginia G. Kain