# Exhibit A

# VERTICAL STARE DECISIS CHART OF EACH LIMITATION

According to the doctrine of *"Vertical Stare Decisis"* Google is barred from challenging, and this Court is barred from relitigating the specifications of the Google Pixel 5 and the Android Team Awareness Kit (ATAK), that was decided as being nonfrivolous in U.S. Court of Appeals for the Federal Circuit: See the sensor types for "Android" listed below:

---

## SENSOR TYPES SUPPORTED BY THE *"ANDROID"* PLATFORM

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM:** Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR (CBRN) DETECTION:** Through collaboration and innovation, the Defense Threat Reduction Agency has integrated its powerful, hazard-awareness-and-response tools into the *Android Tactical Assault Kit (or the Android Team Awareness Kit, ATAK)*. ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

❖ **HEART RATE**: *Android Team Awareness Kit, ATAK* provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

❖ **NEAR FIELD COMMUNICATION (NFC)**: Pixel™, Phone by Google - Turn NFC on/off. Near Field Communication (NFC) allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps (e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity.

❖ **WARFIGHTERS**: The U.S. armed forces and their interagency and coalition partners value *Android Team Awareness Kit, ATAK* and the common operating picture it provides. DTRA continues to develop CBRN-specific plug-in capabilities to support warfighters on the battlefield.

---

Below, (***Figure 1***) illustrates how the Federal Circuit in *Golden v. Google* examined each and every product element of the Google Pixel 5 smartphone to the claim limitations of claim 5 of the '287 patent; claim 23 of the '439 patent; and claim 1 of the '189 patent. The chart below is a comparison of a *smartphone* elements evaluated by the Federal Circuit in *Golden v. Google*.

***Figure 1***

| Google Pixel 5<br>Smartphone | Vertical Stare Decisis<br>(Federal Circuit) |
|---|---|
| **Smartphone**<br>[A] portable computer device that combines mobile telephone functions and computing functions [H]ave central processing units (CPUs), similar to those in computers. The CPU is typically integrated in a system-on-a-chip (SoC) application processor. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |

| | |
|---|---|
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone CPU (Qualcomm Snapdragon (SoC))**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Temperature Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Gravity Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Light Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |

| | |
|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Bluetooth Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone NFC Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone GPS Connection**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Locking Mechanism for Lock, Unlock, Disabling Lock** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | |
|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Power Source** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Biometric Authentication** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Android Operating System** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | |
|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Wi-Fi Connection** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Lock/Unlock Mechanism and Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Lock/Unlock Mechanism and Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | |
|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... 'in a relatively straightforward manner'" |

Vertical stare decisis, or vertical precedent, is the obligation of the Northern District of California Court to follow the decisions of the United States Court of Appeals for the Federal Circuit that falls within the hierarchical structure. Vertical stare decisis and precedent, are a matter of hard law, not a matter of policy.

Something analogous happens with vertical stare decisis: it is not hard law because it sanctions departure; rather it is because of its hard nature that vertical stare decisis brings with it, or needs, a sanction against non-compliance. So, with vertical stare decisis it is true that in the absence of compliance by the Northern District of California Court, the Federal Circuit will likely overturn the Northern District of California Court's decision. This works as a kind of sanction against the non-complying court. Vertical stare decisis is, indeed, afforded binding weight.

# Exhibit B

## DUPLICATE OF THE CLAIM CHART SUBMITTED IN
## GOLDEN v. GOOGLE, LLC

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267
— "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the
District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping
features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S.
Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner"
… and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart
except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell
Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal,* 556 U.S. 662
(2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim
to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard
"requires more than labels and conclusions, and a formulaic recitation of the elements of
a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts
that give rise to "more than a sheer possibility that a defendant has acted unlawfully."
*Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff …
must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal'
that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused
product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos.
10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim
limitations to infringing product features, and it does so in a relatively straightforward
manner …[W]e conclude that the district court's decision in the Google case is not
correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden
has made efforts to identify exactly how the accused products meet the limitations of his
claims in this chart.…"

# CLAIM CHART FOR GOOGLE PRODUCTS

The following Claim Chart is an illustration of literal infringement. At least one of the alleged infringing products of Google (i.e., Google Pixel smartphones 4a, 4a(5G), 5, 6, 6a, 7, & 7a) are representative of all the alleged infringing products of Google asserted in this complaint. At least one of the alleged infringing products of Google (Google Pixel 5) is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

| | Patent #: 10,164,287 Independent Claim 5 | Patent #: 9,542,439 Independent Claim 23 | Patent #: 9,076,189 Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.\n\n*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;\n\na receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

## DoD DTRA ATAK Smartphone Port for CBRN Plug-Ins



**Google Android and Apple iOS are "Native" to the OEMs (i.e., Google, Samsung, LG, Qualcomm, and Apple) manufacture of the smartphones.**

**Blueforce Plugin Series: CBRNE and HAZMAT Response**

The DuraForce Ultra 5G
(CBRN purpose-built *plugins* for smartphones)



The ALTAIR 5X Gas Detector
(Google Android and Apple iOS)



The MSA Altair 4XR Multi-Gas Detector
(Google Android and Apple iOS)



The Thermo RadEye™ PRD Radiation Detector
(Google Android only)



Exhibit C

## GOOGLE, NOT PLAINTIFF, IS RESPONSIBLE FOR THE MODIFICATIONS OF ITS PRODUCTS TO OPERATE IN AN INFRINGING MANNER

Google's "capable of", "possible to alter", "modification of hardware", "do not infringe without modification", theories are without merit because Plaintiff's patent specifications and patent claims cover communication methods [software] for the integration of a detection means that is either in, on, upon, or adjacent the Google smartphone.

According to Google's theories, tens of thousands of issued patents are considered indefinite or unenforceable because hardware is being modified with the use of Bluetooth software, radio frequency (RF) software, Wi-Fi software, wireless cellular modem software, GPS software, software for the internet-of-things, software for controlling vehicle components, software for locking and unlocking locks, software for controlling drones, etc.; the list goes on.

Example: Plaintiff owns three (3) of the four (4) essential components for Google's smartphone sensing device. The host device smartphone; the central processing unit (CPU), and the smartphones camera used for CBR sensing. The only component Plaintiff have not directly written a patent claim on, but is covered in Plaintiff's patent specifications as a "transceiver" is the operating system.

Many inventions are not entirely new but instead build upon previous inventions and provide meaningful improvements. This might involve adding an element to an existing invention, putting an existing invention to a new and unexpected use, or invigorating an old product with a new form of technology. For example, adding a new technology to an old product occurred when companies started using microprocessors to control devices that had been controlled by analog circuitry. These companies succeeded in obtaining patents for the improved devices, which covered the differences between the original version and the new version.

There are two main types of improvement patents, which are known as addition inventions and substitution inventions. An addition invention adds a component that previously was not present in a product or process. A substitution invention replaces a certain product or process with a new product or process that is more efficient in accomplishing the same purpose.

Below, are a list of modifications Google has made to its 2008 cell phone that's covered by Plaintiff's patents. The individual charts describe each patented limitation that forms Plaintiff's Communicating, Monitoring, Detecting, and Controlling (CMDC) device. [i.e., Google's modified Pixel 6a, 7, 7a, 7pro & fold smartphones]

Google's open-source architecture allow scientist, engineers, developers, manufacturers, etc. to designed products, devices, and apparatuses to be integrated with and configured to operate and function with the host device.

I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent

    II. Central Processing Units for CMDC Device – Claim 5 of the '287 Patent

    III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent

    IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent

    V. Embedded CBRN Sensors for CMDC Device – Claim 16 of the '439 Patent

    VI. Interchangeable Sensors for CMDC Device – Claim 20 of the '439 Patent

    VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent

    VIII. Remote/Electrical Lock for CMDC Device – Claim 125 of the '990 Patent

    IX. Pre-Programmed Lock for CMDC Device – Claim 1 of the '287 Patent

    X. Fingerprint / Face Recognition for CMDC Device – Claim 1 of the '619 Patent

    XI. Stall, Stop, Slowdown for CMDC Device – Claim 11 of the '891 Patent

    XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent

    XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent

    XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent

## I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent



**Claim 14 of the '439 Patent** "Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween …

**Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone)**

**Claim 23 of the '439 Patent:** "A cell phone comprising: a central processing unit (CPU) for executing and carrying out the instructions; … whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems … multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

"In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, …, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, satellite phones, cell phones, … handhelds;

## II. Central Processing Units (CPUs) for CMDC Device – Claim 5 of the '287 Patent



Example: Google Tensor G2 uses the same 2+2+4 configuration that the Tensor G1 came with, but with a different set of mid-range cores. Thus, the Tensor G2 now comes with dual high-performance ARM Cortex-X1 cores, two mid-range Cortex-A78 cores, and finally, quad Cortex-A55 efficiency cores

**Central Processing Units (CPUs) for Smartphone**

**Claim 5 of the '287 Patent:** A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to control components of a vehicle, … or send signals to detect … chemical, biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. **[See also claims 4 & 6 of the '287 patent; and, claims 1 & 11 of the '619 patent].**

The "smartphone processor (CPU), also known as chipset, is a component that controls everything going on in your smart-phone and ensures it functions correctly. You can compare it to the brain of the human body. Every action you perform on your smartphone goes straight to the processor." https://www.coolblue.nl/en/advice/smartphone-processors. html. "[T]oday's smartphones all have processors or CPUs. A smartphone CPU (central processing unit) is the brains of the entire device. Without one, no smartphone would be able to function" (smartphonedomain.com., 2021).

## III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent



### Camera CBR Sensor(s) for Smartphone

Camera Sensor for Radiological Detection: How can a cell phone detect radioactivity? Cell phones have cameras and camera sensors react to radioactivity. High energy particles strike a sensor array and register as small bright pinpoints or thin streaks of light. An app ... works well enough to alert users to dangerous levels of radiation.

Camera Sensor for Biological Detection: "In the diagnostic test, a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. Coronavirus RNA present, CRISPR proteins snip the molecular probes, whole sample to emit light. Fluorescence detected with a cell phone camera." (Image: Science at Cal).

Camera Sensor for Chemical Detection: The sensor *Rhevision* and UC San Diego responds to different chemicals by changing color; a single chip with many tiny pores, each respond to a different chemical; a standard cell-phone camera can detect them; the phone's camera watches the chip for color changes.

**Claim 4 of the '189 Patent**: A built-in, embedded multi sensor detection system ... sensor array or fixed detection device into the product that detects agents ...

## IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent



Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/ homeland-security -smartwatch-detect-nuclear-bombs/

### Smartwatch CBR Detector for Smartphone

**Claim 19 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: a plurality of sensors ... capable of being disposed within, on, upon or adjacent a multi-sensor detection device.

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www. defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/ 202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

## V. Embedded CBRN Nanosensors for CMDC Device – Claim 16 of the '439 Patent



**Embedded CBRN Sensors for Smartphone (NASA)**

**Claim 16 of the '439 Patent**: A built-in, embedded multi sensor detection system … a cell phone, a smart phone

A silicon-based sensing chip, which consists of 64 nanosensors can turn a cell phone into a *portable poison detector*. (NASA). "can turn your cellphone into a *portable "silent killer" detector* https://www. foxnews.com/tech/smartphones-take-on-silent-killers-as-portable-danger-detectors & Nuclear Radiation Nanosensors and Nanosensory Systems https://link.springer. com/book/10.1007/978-94-017-7468-0

## VI. Interchangeable Sensor Device for CMDC Device – Claim 20 of the '439 Patent



**Plurality of Interchangeable Sensor Device for Smartphone: (NASA & Subtractor George Yu)**

**Claim 20 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agents…

The system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform. A cylinder that transmits data from sensors to smart-phone. The NODE+ is compatible with Google Android smart devices.

## VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent



MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone… detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases… Sensors. Retrieved from: https://phys.org/news/ 2014-12-cheap-sensor-transmit-hazardous-chemicals.html

**Near-Field Communication (NFC) CBR Tag for Smartphone (Safer than RFID tag)**

**Claim 21 of the '439 Patent**: A multi-sensor detection system … at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication

In November 2007, two Defense Department contractors, and a U.S. city's bomb squad demonstrated how an RFID tag could send a signal to … detonated a small amount of explosives in a container a simple emission of a radio signal traveling on the approved RFID 433 MHz frequency. Officials from the Defense Department and DHS observed the demonstration. https://www.nationaldefense-magazine.org/articles/2011 /2/1/2011february-military-supply-chain-tracking-system-both-inefficient-and-dangerous

## VIII. Remote/Electrical Lock Disabler for CMDC Device – Claim 125 of the '990 Patent



### Remote/Electrical Lock Disabler for Smartphone (Gov. Contractor iControl's MATTs & mLOCK)

**Claim 125 of the '990 Patent**: A multi-sensor detection system … whereupon detection causes a signal to be sent to the at least one communication device followed by communicating with the internal or external remote/electrical lock disabler.

Marine Asset Tag Tracking System (MATTS) is a DHS initiative for "Smart Container". MATTS "gateway": a wireless electronic device that communicates with a sensor array; the communication device; and locking mechanism for locking status and GPS location. Internal /external sensors are interconnected to operate with the MATTS device and can detect gas concentrations, radiation, humidity and moisture, atmospheric pressure, etc. The mLOCK communicates bi-directionally using encrypted messages between the lock and the MATTs readers or mobile devices (i.e., smartphone)

## IX. Pre-Programmed Lock Disabler for CMDC Device – Claim 1 of the '287 Patent



### Pre-Programmed Lock Disabler for Smartphone

Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android or iOS device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Account Login. On an Google Android or Apple Phone, multiple attempts (usually five attempts or more) with an unknown or a wrong pin will go either into a delay before further attempts are allowed …

FBI Failed Attempts to Unlock Phone: The FBI recovered an Apple iPhone 5C—owned by the San Bernardino County, California government—that had been issued to its employee Syed Rizwan Farook, one of the shooters involved in the December 2015 San Bernardino attack. The attack killed 14 people and seriously injured 22. The two attackers died four hours after the attack in a shootout with police ... Authorities were able to recover Farook's work phone, but could not unlock its four-digit passcode, and the phone was programmed to automatically delete all its data after ten failed password attempts (an anti-theft measure on smartphones).



"Monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock…"

**Claim 1 of the '287 Patent**: Monitoring equipment that is at least one … a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

## X. Fingerprint and Face Recognition for CMDC Device – Claim 1 of the '619 Patent



### Fingerprint and Face Recognition for Smartphone

**Claim 1 of the '619 Patent**: A communication device that is at least a personal computer (PC), a cellphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition

## XI. Stall, Stop, or Vehicle Slowdown for CMDC Device – Claim 11 of the '891 Patent



Driverless car smartphones, authorizes the phone to control functions. Smartphones and driverless technology: instant braking for autonomous cars; sensors detect interference, obstacles and oncoming cars; instant breaks to avoid collisions.

### Stall, Stop, or Vehicle Slowdown for Smartphone

**Claim 11 of the '891 Patent**: A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

Remote Vehicle Shutdown is a system of remotely shutting down the connected vehicle, using radio pulses; intended for police, military and security use. Remotely find and disable stolen vehicles; ability to prevent engine start; prevent movement of a vehicle; stop or slow an operating vehicle; gradually decelerate a vehicle by downshifting, limiting the throttle capability; and, improve security of carriers of high-risk cargo, like hazardous materials. Security features that Remote Vehicle Shutdown provides. https://www.globenewswire.com/en/news-release/2019/12/17/1961557/0/en/Remote-Vehicle-Shutdown

## XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent



### Autonomous and Driverless Vehicle Monitoring with Smartphone

**Claim 44 of the '891 Patent**: A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means … (Dep. 55) … 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle … in operation with or without a user, driver or operator inside the vehicle.

## XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent



**Connect Vehicle with Smartphone**

**Claim 4 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to lock or unlock doors, send signals to control components of a vehicle, … or send signals to detect … chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

## XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent



The smartphone can be used as an IoT device for Personal emergency response, fitness tracking, location-based asset tracking, natural vision processing, and a Bluetooth gateway for wearable Bluetooth devices that enable many IoT monitoring apps. Also, identity verification, GPS based guidance, position/orientation awareness apps for smartphone-based implementation.

**Internet-of-Things (IoTs) with Smartphone**

**Claim 11 of the '619 Patent**: A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device

The Internet-connected smartphones, can directly capture and compile data from as many as 14 different sensors:
Accelerometer, GPS, Gyroscope, Magnetometer, Biometrics, Camera, Barometer, Proximity Sensors, Bluetooth connectivity, Barcode readers, Touchscreen sensors, Heart rate monitor, ECG, Haptic feedback sensors

The IoTs contain computing hardware, including processors with embedded programming telling them what to do, sensors that gather various sorts of readings (such as temperature, motion, chemical levels, heart rate and body movement) and communication hardware that can send and receive signals.

The ATAK-CBRN plugins software is built on Google's Android Open-Source

Operating System (OS). The OS is responsible for managing both software and hardware

components. All computer programs and apps require an operating system to do any work. Yet the OS is not the central processing unit (CPU). Plaintiff's patented CPU serves as the smartphones brain, and the OS serves as the brain's conscience. Which means the OS is inferior to the CPU and cannot function without Plaintiff's patented CPU.

> "Independent claims 4, 5, & 6 of Plaintiff's Patent No. 10163287 ('287 patent): at least one of … ***a transceiver in communication with the at least one CPU*** configured to send signals to … detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling."

# Exhibit D

## GOOGLE SELLS THE "SOFTWARE" THAT ENABLES THE INFRINGEMENT OF PLAINTIFF'S PATENTS

### *Google Play Apps for CBRNE Sensing and Detection*

**ATAK-CIV (CBRN)**: "The Tactical Assault Kit is DoD nomenclature for the Team Awareness Kit (TAK) application: a mission planning, geospatial, Full Motion Video (FMV), and system administrator tool that reduces the operational footprint from a tactical laptop, to a commercial mobile device. The geospatial engine and communications component support Department of Defense (DoD) and commercial sector standards. Extensibility of the core platform is supported by the Software Development Kit (https://tak.gov), which enables any partner to develop mission-specific capability or contribute to the advancement of the baseline. Data can be pre-loaded into ATAK or downloaded from the network when available." https://play.google.com/store/apps/details?id=com.atakmap.app.civ&hl=en_US&gl=US

"CivTAK 4.0.7 has been released. This is the enterprise-quality, "F-35 of Geospatial Collaboration" official, [CBRN] plugin-capable release of CivTAK. You can get it here. It's the most capable geospatial collaboration tool out there at any price." T-Rex recommended that iPhone users go buy an Android to try it out it is so powerful. https://www.civtak.org/2020/06/25/civtak-4-0-7-has-been-released/

**CBRNResponder [CBRN]**: "CBRNResponder provides free software tools for logging, transmitting, storing, analyzing, and presenting environmental radiological, chemical, and biological monitoring data. Data is stored in a secure cloud environment accessible only by the user. To register for an account and to obtain further information, please go to www.cbrnresponder.net. The application has a Responder Tracking feature that allows a responder to track and share their location path with participants on an event." Retrieved from:

https://play.google.com/store/apps/details?id=com.chainbridgetech.cbrnresponder&hl=en_US&gl=US

CBRNResponder is a cloud-based database that can be accessed on smartphones, tablets, specially designed instruments and via the web, allowing it to be employed at all levels of government during a response to a radiological or nuclear emergency. The CBRNResponder links to the CBRNResponder database and user interface including CBRNResponder App. https://www.nnss.gov/docs/docs_FRMAC/FAM%20Vol%201%20-%20Operations%20-%20FINAL%20May2023.pdf

**Chemical Detectives [Chemical]:** "Determining the molecular structure of organic molecules experimentally can be a tricky challenge! Chemists do this by taking a number of different types measurements, and solving the puzzle a bit like solving a jigsaw puzzle. We use techniques such as: • microanalysis • mass spectrometry • infrared spectroscopy" https://play.google.com/store/apps/details?id=com.chemicaldetectives&hl=en_US&gl=US

**USAMRIID's Biodefense Tool [Biological]:** "The United States Army Medical Research Institute of Infectious Diseases (USAMRIID) is the Department of Defense's lead laboratory for medical biological defense research; with a mission to provide leading edge medical capabilities to deter and defend against current and emerging biological threat agents. A key component of this mission is the training of military and civilian medical and public health professionals to become proficient in recognizing early warning signs that a biological attack has occurred, activating the appropriate agencies and personnel to investigate the event, treating casualties, and preventing spread of disease. This application distills key information presented in USAMRIID's training and education courses on biological threat agents of concern and serves as a…" https://play.google.com/store/apps/details?id=com.tradocmobile.bio&hl=en_IE&gl=US

**GammaPix Lite-Gamma Rad Detect [Radiation]**: "Developed initially for several federal agencies, turns your phone into a detector of ionizing radiation. The GammaPix technology has been successfully tested at independent labs with calibrated sources. It was developed with support from the U.S. Department of Defense, the Domestic Nuclear Detection Office (U.S. Department of Homeland Security), and the Transportation Research Board (U.S. National Academy of Sciences). We were encouraged by them to bring this technology to the public. Worried about accidental exposure to radioactive material or acts of terrorism? The GammaPix App can provide timely warning of the…" https://play.google.com/store/apps/details?id=com.ImageInsightInc.GammaPixLite&hl=en_US&gl=US

**Nuclear Warfare [Nuclear]**: "Nuclear Warfare! is an all-in-one App containing a Nuclear Weapon Blast Simulator, Comprehensive military encyclopedia, and Nuke Weapons recognition game focused on the evolving Nuclear Warfare concepts of the post-World War II period. If you want to distinguish a DF-31 ICBM from a Trident II SLBM, Nuclear Warfare! supplies you with the information that Nuclear Weapons enthusiasts need to know. The Simulator section of the app allows you to pick any spot-on earth and detonate a number of historically accurate nuclear weapons…" https://play.google.com/store/apps/details?id=com.scientific.nuclear&hl=en_US&gl=US

**Explosives Identification [Explosives]**: The Explosives Identification Guide Second Edition has been the guide of choice for multiple federal law enforcement agencies for over 10 years. This application was created so that First Responders from all disciplines have the key info they need in the palm of their hand should they come across an explosive device. In the current threat environment, the information in this application can save lives. https://play.google.com/store/apps/details?id=com.edpreparedness.explosives.android&hl=en_NZ&gl=US

## ATAK IS A SOFTWARE/PROGRAMMING INTERFACE

Software interfaces (programming interfaces) are the languages, codes and messages that programs use to communicate with each other and to the hardware. Example is the ATAK, that is built on the Android operating systems, and the software drivers that activate the CBRN plugins (peripheral devices).

*Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

Most of the time, there are several different programs running at the same time, and they all need to access the central processing unit (CPU), memory and storage. The operating system coordinates all of this to make sure each program gets what it needs. Essentially, the CPU is the brain of the smartphone that handles the Google Android operating system. Google's operating system manages the hardware and software resources of smartphones.

## PLAINTIFF'S "TRANSCEIVER" IS EQUIVALENT TO GOOGLE'S OPERATING SYSTEM

Plaintiff's software/programming interface is described in his patent specifications as "the cpu or transceiver":

"FIG. 19 ... a GPS satellite in conjunction with the monitoring site and monitoring equipment to relay commands and signals to *the cpu or transceiver* of the vehicle ... in response to a signal that a certain type of event ... detection of a bomb..."

"The system 10 ... can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such *as cpu 40, or a transceiver* and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."

"*[a] CPU or a transceiver* 202 is programmed to receive signals from the cell phone tower 190 and/or to a GPS satellite 204 ... the monitoring equipment 138 ... which can include but is not limited to ... cell phones, laptops, desktop PC's, notebook PC's, and LCD monitors."

"[t]he GPS satellite 204 that an original or activation signal has been received and then the GPS satellite 204 locates and communicates by multiplex signal 212 with *the CPU or transceiver* 202 on the vehicle 192 and exchanges information on the type of problem, situation, location ... The monitoring equipment 138 then transmits a signal 214 to the cell phone tower 190 that communicates with *the transceiver 202 and/or CPU* ..."

"Independent claims 4, 5, & 6 of Plaintiff's Patent No. 10163287 ('287 patent): at least one of ... *a transceiver in communication with the at least one CPU* configured to send signals to ... detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling."

Plaintiff has clearly defined Plaintiff's "transceiver" in the patents' specifications as an "operating system" interconnected to Plaintiff's patented central processing units (CPUs).

Independent Claim 5 of the '287 patent, and Independent Claim 11 of the '619 patent,

asserted in this complaint as two of Plaintiff's patent claims that are allegedly being infringed by

certain Google smartphone products, illustrates the combined integration:

*Claim 5 ('287 patent).*  A monitoring device, comprising:

at least one central processing unit (CPU);

at least one temperature sensor in communication with the at least one CPU for

monitoring temperature;

at least one motion sensor in communication with the at least one CPU;

at least one viewing screen for monitoring in communication with the at least one

CPU;

at least one global positioning system (GPS) connection in communication with

the at least one CPU;

at least one of an internet connection or a Wi-Fi connection in communication

with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite

connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for

locking the communication device, the at least one locking mechanism configured to at

least one of engage (lock) the communication device, disengage (unlock) the

communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical

connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least once CPU for

providing biometric authentication to access the communication device;

at least one sensor for chemical, biological, or human detection in communication

with the at least one CPU;

one or more detectors in communication with the at least one CPU for detecting at

least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in

communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

***Claim 11 ('619 patent).*** A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of:

processing instructions to lock, unlock, or disable the lock of the communication device;

processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob;

processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;

processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle;

processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;

processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC);

processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;

processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs);

processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission;

processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and,

whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory.

A transceiver or transmitter/receiver is a device which combines transmission and reception capability on shared circuitry. There are a number of different types of transceivers designed for an assortment of uses, and the transceiver is the cornerstone of wireless communication. One common example of a transceiver is a cellular phone, which is capable of sending and receiving data, unlike a basic radio, which can only receive signals.

The Mobile phone transceiver connects the Visit system to your mobile phone, tablet, or smartwatch via Bluetooth. Once you have installed the Visit app, you will start to receive Visit notifications on your mobile device. In addition, your Visit receiver will alert you to incoming calls and messages.

| | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System  "Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Draper Laboratory, Inc. ATAK-CIV CBRN Plugins**  Sold at Google Play | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

| | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System "Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Google Megapixel Camera for CBR Detection**  Native to Phone | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

| | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System**  **"Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols**  Native Sensors | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

| | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System** **"Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Google Beacon: Bluetooth; GPS; Wi-Fi**  Native to Phone | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

Exhibit D1

 Google Play

Games     Apps     Movies & TV     Books     Kids

 Trailer



## ATAK-CIV (Civil Use)

**TAK Product Center**

3.5★     100K+     E

887 reviews     Downloads     Everyone ⓘ

**Install**

Share     Add to wishlist

**Google Play**

Games          Apps          Movies & TV          Books          Kids

## About this app                                                                →

The Tactical Assault Kit is DoD nomenclature for the Team Awareness Kit (TAK) application: a mission planning, geospatial, Full Motion Video (FMV), and system administrator tool that reduces the operational footprint from a tactical laptop, to a commercial mobile device. The geospatial engine and communications component support Department of Defense (DoD) and commercial sector standards. Extensibility of the core platform is supported by the Software Development Kit (https://tak.gov), which enables any partner to develop mission-specific capability or contribute to the advancement of the baseline. Data can be pre-…

**Updated on**
Aug 9, 2023

Maps & Navigation

## Data safety                                                                   →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⤳  **No data shared with third parties**
     Learn more about how developers declare sharing

☁  **No data collected**
     Learn more about how developers declare collection

**See details**

## Ratings and reviews                                                           →

Ratings and reviews are verified ⓘ



Google Play

Games          Apps          Movies & TV          Books          Kids



# CBRNResponder

Chainbridge Tech

**1K+**
Downloads


Everyone ⓘ

Install

Share          Add to wishlist



## About this app

CBRNResponder provides free software tools for logging, transmitting, storing, analyzing, and presenting environmental radiological, chemical, and biological monitoring data. Data is stored in a secure cloud environment accessible only by the user. To register for an account and to obtain further information, please go to www.cbrnresponder.net

The application has a Responder Tracking feature that allows a responder to track and share their location...

**Updated on**
Jul 20, 2023

## Google Play

**Games**        **Apps**        **Movies & TV**        **Books**        **Kids**

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

🔗 **This app may share these data types with third parties**
Personal info, App activity and 2 others

☁ **This app may collect these data types**
Location, Personal info and 5 others

🔒 **Data is encrypted in transit**

⊖ **Data can't be deleted**

**See details**

## What's new

Sample Check In - Version One of the Mobile Sample Check In Feature
Bug Fixes and Improvements

## App support                                                                                                ⌄

## Similar apps                                                                                              →

  **PrivacyStar: SCAM protection**
PrivacyStar
3.7 ★

  **Safer Web - online protection**
ReasonLabs

  **Zoho Connect**
Zoho Corporation
4.0 ★

  **OnMail - Encrypted email**
Edison Software
4.2 ★

  **COGITO (MCT)**
Bücker, Borsutzky, Grzella, Jäger, Pult & Moritz

🏳 **Flag as inappropriate**

  



# Chemical Detectives

**Space Dog Studios**

5.0★              10K+                  E
103 reviews      Downloads        Everyone ⓘ

Install

Share        Add to wishlist

 

→

## About this app

Determining the molecular structure of organic molecules experimentally can be a tricky challenge! Chemists do this by taking a number of different types measurements, and solving the puzzle a bit like solving a jigsaw puzzle. We use techniques such as:

• microanalysis
• mass spectrometry…

**Updated on**
29 Aug 2022

 **Google Play**

Games          Apps          Movies & TV          Books          Children

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region and age The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

**See details**

## What's new

Minor bug fixes

## App support                                                                    ⌄

## Similar apps                                                                    →

 **Learn Biochemistry (PRO)**
CODE WORLD
$1.49

 **ReactionFlash**
Elsevier Limited
4.7 ★

 **Learn IUPAC Nomenclature**
Paul Schwind

**Learn Chemistry Pro**
Magic4Studio
$0.99

 **Chemistry Lab**
Electrolytic Earth
4.3 ★

⚐  **Flag as inappropriate**

**Google Play**

Play Pass

Play Points

 Google Play

🔍  ？

Games        Apps        Movies & TV        Books        Kids



## USAMRIID's Biodefense Tool
### TRADOC Mobile

4.4★          500+          E
7 reviews     Downloads     Everyone ⓘ

Install

⤳ Share        ⊞ Add to wishlist



→

## About this app

The United States Army Medical Research Institute of Infectious Diseases (USAMRIID) is the Department of Defense's lead laboratory for medical biological defense research; with a mission to provide leading edge medical capabilities to deter and defend against current and emerging biological threat agents. A key component of this mission is the training of military and civilian medical and public health professionals to become proficient in recognizing early warning signs that a biological attack has occurred, activating the appropriate agencies and personnel to investigate the event, treating casualties, and preventing spread of...

Updated on
Nov 23, 2020

 Google Play

Games          Apps          Movies & TV          Books          Kids

Developers can show information here about how their app collects and uses your data. Learn more about data safety

(i)   No information available

→

## Ratings and reviews

Ratings and reviews are verified (i)

 Phone

# 4.4
★★★★⯪

5
4
3
2
1

7 reviews

Mohamed Mohy (DR)                                                                        ⋮

★          February 19, 2023

Didnt work

Did you find this helpful?          Yes          No

## See all reviews

## App support                                                                            ⌄

## More by TRADOC Mobile                                                                   →

 IPPS-A Launch Platform
TRADOC Mobile
1.4 ★

 Army MobileConnect
TRADOC Mobile
3.7 ★

 Google Play

🔍   ⊘

Games        Apps        Movies & TV        Books        Kids

▷ Trailer



# GammaPix - Gamma Rad Detection

Image Insight, Inc.

3.7★          1K+              E
51 reviews   Downloads    Everyone ⓘ

$14.99 Buy

◄ Share       ⊡ Add to wishlist

## Google Play

Games    Apps    Movies & TV    Books    Kids



## About this app

Unlike the Lite version, this App only require a network connection to operate after several days. We recommend you update GammaPix from time to time to check for new calibrations.

Developed initially for several federal agencies, turns your phone into a detector of ionizing radiation. The GammaPix technology has been successfully tested at independent labs with calibrated sources. It was developed with support from the U.S. Department of Defense, the Domestic Nuclear Detection Office (U.S....

**Updated on**

Mar 29, 2023

Tools

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

**No data shared with third parties**
Learn more about how developers declare sharing

**This app may collect these data types**
Location, App info and performance, and Device or other IDs

**Data is encrypted in transit**

**Data can't be deleted**

See details

## Ratings and reviews

 **Google Play**



Games    Apps    Movies & TV    Books    Kids



# Explosives Identification and

EMERGENCY AND DISASTER PREPAREDNESS SOLUTIONS, LLC

**10+**
Downloads


Everyone ⓘ

$7.99 Buy

◁ Share        🔖 Add to wishlist









## About this app

The Explosives Identification Guide Second Edition has been the guide of choice for multiple federal law enforcement agencies for over 10 years being issued to graduates of the respective academies. The information provided in this application reflects an updated and revised version of the information presented in the original book. This application was created so that First Responders from all disciplines have the key info they need in the palm of their hand should they come across an explosive device. In the current threat environment, the information in this application can save lives.

## Updated on
Oct 11, 2016

 Google Play

Games          Apps          Movies & TV          Books          Kids

Developers can show information here about how their app collects and uses your data. Learn more about data safety

ⓘ   No information available

## App support                                                                              ⌄

## More by EMERGENCY AND DISASTER PREPAREDNESS SOLUTIONS, LLC          →

 Police Officers Handbook: Inst
EMERGENCY AND DISASTER PREPAREDNESS S
$8.99

 WMD Decontamination Guide for
EMERGENCY AND DISASTER PREPAREDNESS S
$4.99

 Surviving a Terrorist Attack:
EMERGENCY AND DISASTER PREPAREDNESS S
$5.99

⚐   Flag as inappropriate

**Google Play**

Play Pass

Play Points

Gift cards

Redeem

Refund policy

**Kids & family**

Parent Guide

Family sharing

 **Google Play**

Games          Apps          Movies & TV          Books          Kids



# HazMat for First Responders 5

### IFSTA - International Fire Service Training Assoc.

In-app purchases

3.7★          10K+          
78 reviews          Downloads          Everyone ⓘ

Install

Share          🔖 Add to wishlist

     

→

# About this app

*NEW* AUDIOBOOK

Listen to all 15 chapters of Hazardous Materials for First Responders on the go with our new audiobook!

SKILL VIDEOS...

**Updated on**
May 2, 2023

# Exhibit E



*System Assessment and Validation for Emergency Responders (SAVER)*

# HazMat/CBRNE Mobile Apps Application Note

*July 2013*



Homeland Security

Science and Technology



U.S. Department of Homeland Security

System Assessment and Validation for Emergency Responders

*Prepared by Space and Naval Warfare Systems Center Atlantic*

Approved for public release, distribution is unlimited.

The *HazMat/CBRNE Mobile Apps Application Note* was funded under Interagency Agreement No. HSHQPM-12-X-00031 from the U.S. Department of Homeland Security, Science and Technology Directorate.

The views and opinions of authors expressed herein do not necessarily reflect those of the U.S. Government.

Reference herein to any specific commercial products, processes, or services by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the U.S. Government.

The information and statements contained herein shall not be used for the purposes of advertising, nor to imply the endorsement or recommendation of the U.S. Government.

With respect to documentation contained herein, neither the U.S. Government nor any of its employees make any warranty, express or implied, including but not limited to the warranties of merchantability and fitness for a particular purpose.  Further, neither the U.S. Government nor any of its employees assume any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed; nor do they represent that its use would not infringe privately owned rights.

Approved for public release, distribution is unlimited.

# FOREWORD

The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders making procurement decisions.  Located within the Science and Technology Directorate (S&T) of DHS, the SAVER Program conducts objective assessments and validations on commercial equipment and systems and provides those results along with other relevant equipment information to the emergency response community in an operationally useful form.  SAVER provides information on equipment that falls within the categories listed in the DHS Authorized Equipment List (AEL).  The SAVER Program mission includes:

- Conducting impartial, practitioner-relevant, operationally oriented assessments and validations of emergency responder equipment; and

- Providing information, in the form of knowledge products, that enables decision-makers and emergency responders to better select, procure, use, and maintain emergency responder equipment.

Information provided by the SAVER Program will be shared nationally with the responder community, providing a life- and cost-saving asset to DHS, as well as to Federal, state, and local responders.

The SAVER Program is supported by a network of Technical Agents who perform assessment and validation activities.  Further, SAVER focuses primarily on two main questions for the emergency responder community: "What equipment is available?" and "How does it perform?"

As a SAVER Program Technical Agent, the Space and Naval Warfare Systems Center (SPAWARSYSCEN) Atlantic has been tasked to provide expertise and analysis on key subject areas, including communications, sensors, security, weapon detection, and surveillance, among others.  In support of this tasking, SPAWARSYSCEN Atlantic developed this application note to provide emergency responders with information on commercially available HazMat/CBRNE mobile apps.  HazMat/CBRNE mobile apps fall under AEL reference number 04AP-06-CBRN: Software, CBRNE/Commercial Chemical/Hazard.

Visit the SAVER section of the DHS S&T website for more information on the SAVER Program or to view additional reports on mobile apps or other technologies.

## POINTS OF CONTACT

**National Urban Security Technology Laboratory**
U.S. Department of Homeland Security
Science and Technology Directorate
201 Varick Street
New York, NY 10014
E-mail: nustl.saver@hq.dhs.gov
Website: https://www.dhs.gov/science-and-technology/saver

**Space and Naval Warfare Systems Center Atlantic**
Advanced Technology and Assessments Branch
P.O. Box 190022
North Charleston, SC 29419-9022

E-mail: ssc_lant_saver_program.fcm@navy.mil

# TABLE OF CONTENTS

Foreword .................................................................................................................. i

Points of Contact .................................................................................................... ii

1. Introduction ....................................................................................................... 1

2. Technology Overview ........................................................................................ 1

3. Emerging Technology ........................................................................................ 2

4. Standards and Regulations ................................................................................ 2

5. Applications ...................................................................................................... 2

    5.1 Information Management Tools ..................................................................... 3

    5.2 Mapping Tools and Applications .................................................................. 3

    5.3 Global Positioning System ........................................................................... 4

    5.4 Meteorological Data ..................................................................................... 4

    5.5 HazMat/CBRNE References ......................................................................... 4

        5.5.1 Biological Agents ................................................................................. 5

        5.5.2 Chemical Warfare Agents ..................................................................... 5

        5.5.3 Explosives ............................................................................................ 5

        5.5.4 Toxic Industrial Chemicals/Toxic Industrial Materials ....................... 5

        5.5.5 Radiological Materials ......................................................................... 5

    5.6 HazMat/CBRNE Tools ................................................................................. 6

        5.6.1 Radiological Tools ............................................................................... 6

        5.6.2 Nuclear Tools ....................................................................................... 6

        5.6.3 Chemical Tools .................................................................................... 6

        5.6.4 Biological Tools ................................................................................... 6

        5.6.5 Explosives Tools .................................................................................. 7

6. Operational Considerations .............................................................................. 7

7. Implementation Issues ...................................................................................... 8

8. Conclusion ........................................................................................................ 8

9. References ......................................................................................................... 9

## LIST OF FIGURES

Figure 2-1.  Sample of Disaster Related Mobile Apps ................................................................. 1

Figure 5-1.  HazMat Cargo Classification Signage ..................................................................... 4

Figure 5-2.  ERG 2012 Guide ...................................................................................................... 5

Figure 5-3.  Mobile REMM Search .............................................................................................. 6

# 1.   INTRODUCTION

Hazardous material (HazMat) and chemical, biological, radiological, nuclear, and explosive (CBRNE) incidents occur when substances such as toxic chemicals, biological agents, radiological or nuclear materials, or explosives pose a threat to life, property, and/or the environment. These two types of incidents are differentiated by the fact that a CBRNE incident is considered to be a deliberate, malicious act with the intention to maim, kill, and disrupt, whereas a HazMat incident is accidental.

Software applications installed on mobile devices, such as smartphones and tablets, can be useful to emergency responders, humanitarian groups, and the public. The use of these software applications, commonly called mobile apps, can improve situational awareness for the emergency responder during a HazMat/CBRNE incident by quickly providing critical information, such as emergency response procedures, identification and treatment of medical hazards, identification of protective zones, and exposure limits.

This application note provides information about the capabilities and operational considerations related to HazMat/CBRNE mobile apps.

# 2.   TECHNOLOGY OVERVIEW

A mobile app is similar to software installed on a personal computer, but it is developed for a mobile device operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile. These apps are able to integrate with other features of a mobile device, enabling them to capitalize on the functionality of global positioning system (GPS) technology, e-mail, a built-in camera, and a notification system.

Many mobile apps require an Internet connection to maximize their operational capabilities. These apps access the Internet by using a cellular service plan or Wi-Fi.



**Figure 2-1.  Sample of Disaster Related Mobile Apps**

*Image courtesy of Scientific Research Corporation*

Wi-Fi usually provides fast access; however, the user must be near a wireless router or hotspot to connect. Since public Wi-Fi is an open network, it is more prone to virus, malware, and security attacks, which pose a security risk. Some mobile apps, such as reference guides, may be self-contained and thus do not require an Internet connection.

Mobile apps can be downloaded from a digital distribution website such as an app store, a government website, or directly from a mobile app developer. For example, the U.S. Department of Health and Human Services (HHS) website provides direct access to their recommended disaster related mobile apps, some of which are shown in Figure 2-1. Many mobile apps are available at no cost or can be purchased for much less than software developed for personal computers.

## 3.    EMERGING TECHNOLOGY

In 2012, Congress passed legislation for the creation of a nationwide interoperable broadband network that will help police, firefighters, emergency medical service professionals, and other public safety officials communicate over a single, national wireless network. This network, called FirstNet, will enable agencies to communicate using standard smartphones on a dedicated public service frequency.

NG9-1-1 is an initiative to update the 9-1-1 service infrastructure in the U.S. and Canada to improve mobile public emergency communication services. This initiative will enable call connectivity for a wide range of new communication technologies. NG9-1-1 will enable the public, using mobile apps, to transmit text, images, and video data to a 9-1-1 call center. The transition to this new network will require modifications to existing communication devices, such as smartphones and tablets, which may result in modifications to the mobile apps that reside on affected devices.

The Association of Public-Safety Communications Officials International (APCO) is an organization that provides expertise, professional development, and technical assistance in the area of communications to the emergency responder community. With the introduction of FirstNet and NG9-1-1 services, APCO announced its plans to collaborate with the public safety and app developer community for the benefit of public safety.

Hybrid mobile apps, another emerging technology, combine a mobile app built to run on a specific OS, with a web-based mobile app, built to run on any OS. Hybrid mobile apps are developed using the HTML5 markup language, which incorporates HTML, CSS, and JavaScript, and uses the device browser engine but not the browser itself, thereby effectively enabling the app to run on any OS.

## 4.    STANDARDS AND REGULATIONS

Currently, no universally recognized standards or regulations exist that cover the development of mobile apps. However, guidelines and best practices have been independently established by mobile app vendors and government agencies. The World Wide Web Consortium, an international group that develops web standards, has developed the *Mobile Web Application Best Practices* which includes:

- Advice on using the appropriate web protocol to reduce network loading;
- Collection and use of personal information;
- Ensuring consistent user experience across devices; and
- Design of a more flexible application that can run across multiple operating systems.

## 5.    APPLICATIONS

Mobile apps offer a variety of analytical tools that can enhance decision-making for the emergency responder. The implementation of plans and procedures, as well as the allocation of critical resources, are areas that mobile apps can support during HazMat/CBRNE incidents.

While some mobile apps are developed specifically for HazMat/CBRNE incidents, many HazMat/CBRNE needs can be satisfied by mobile apps not originally developed for this purpose. These mobile apps may still be useful to the emergency responder community and should be considered an additional resource.

## 5.1   Information Management Tools

The ability for emergency responders to effectively manage multiple sources of information during and after a HazMat/CBRNE incident is important. Many of the available HazMat/CBRNE mobile apps provide information management tools that help formulate the response and record the results after an incident. For example, the National Incident Management System (NIMS) Incident Command System (ICS), developed by Informed® Publishing Group, is a mobile app which provides emergency responders access to the NIMS Incident Command Field Guide. NIMS ICS provides a section on the operational planning process, standard operating procedures, dynamic checklists for all functional command positions, integrated ICS forms and templates, and import of address book information.

Information management tools can provide emergency responders with checklists, forms, data sharing, and incident action logs, as described below.

- Checklists provide relevant, hazard-specific information used by emergency responders to ensure that necessary tasks supporting the incident are completed at appropriate and specified times.

- Integrated forms are used to report critical information and data related to an incident. These forms can be customized for specific local requirements and are designed to automatically prefill common data into other forms.

- Texting and other messaging capabilities allow responders to communicate and share data during an emergency incident. These communication capabilities can be used to transmit incident data, provide personnel and equipment status, and dispatch resources.

- Incident action logs are used to enter information to record all users' actions during an incident. This log can be combined with images, forms, and other accessed information to produce an incident report. Logs can then be submitted electronically to higher levels of authority and maintained as a legal account of actions taken during an incident response.

## 5.2   Mapping Tools and Applications

HazMat/CBRNE mobile apps may incorporate mapping capabilities or can integrate with a commercial mapping application, such as Google Maps™. Mapping tools and applications aid emergency responders by delivering on-scene, street-level geographic displays that can enhance situational awareness. HazMat/CBRNE incidents and plume models can be plotted using mapping tools. Plume models displayed on mobile apps provide information that can be analyzed, identified, recorded, and shared among decision-makers to define exclusion zones or safe standoff distances. For example, the First Responder Support Tools (FiRST) mobile app provides access to map-based evacuation and consequence information related to improvised explosive devices (IEDs) and HazMat incidents. It integrates with other mobile apps to retrieve

current wind information, HazMat reference data, and data related to the effective range of an IED. FiRST is available for Apple iOS and Android.

## 5.3     Global Positioning System

GPS integration in mobile apps provides the ability to obtain current location, speed, and heading information, and may also support the reporting of this information in incident report logs. HazMat/CBRNE mobile apps can use GPS data to help responders identify access routes to an incident. An example of this type of GPS mobile app is Navfree, which allows users to access maps with or without a data connection. Other features include turn-by-turn directions, spoken instructions, and address search. Navfree is available for Apple iOS, Android, and Windows.

## 5.4     Meteorological Data

Factors such as wind speed and direction, precipitation, and other weather factors can have a great effect on HazMat/CBRNE response efforts. Mobile apps interface with the mobile device's GPS software to identify the user's location and deliver up-to-date local weather information. Some mobile apps, such as the Weather Channel®, can be customized to display specific weather conditions such as wind gust speed, wind direction, ultraviolet index, humidity, dew point, cloud cover, and visibility. Many weather apps provide hourly updates and detailed forecasts extending out several days.

The Weather Channel app is available for Apple iOS, Android, Blackberry, and Windows. Mobile apps that provide meteorological data are one example of a common-use mobile app that has direct applications in support of HazMat/CBRNE operations.

## 5.5     HazMat/CBRNE References

Timely identification of HazMat/CBRNE hazards during response operations is dependent on many factors, and the availability of reference material is critical. HazMat/CBRNE references are searchable documents, guides, or databases. These references contain information used by the emergency responder to quickly identify specific or generic hazards caused by the materials involved in an incident. Rapid access to the appropriate information is enhanced with the electronic search capabilities provided by mobile apps.



**Figure 5-1.  HazMat Cargo Classification Signage**

*Image courtesy of the Department of Transportation*

Reference databases may interface with other public or private databases to provide immediate hazard information. The Emergency Response Guide (ERG) 2012 mobile app provides information to help manage a HazMat/CBRNE incident. With searchable features, users can find relevant data for many hazards, including health risks to victims, equipment for response, and recommended first aid for victims of exposure. For example, Figure 5-1 shows standard HazMat cargo signage that can be quickly identified with the aid of the ERG mobile app. The ERG mobile app is available for Apple iOS and Android.

### 5.5.1   Biological Agents

This type of reference provides emergency responders with information on biological agents including diseases and toxins used as weapons of mass destruction (WMD). Information relating to diseases may include the physical form, type of organism, incubation period, natural hosts, symptoms, treatment options, and mortality rate if not treated. For toxins, the reference may include the physical form, the most likely form when used as a weapon, lethal dose, and method of exposure.

### 5.5.2   Chemical Warfare Agents

This type of reference includes information specific to chemical warfare agents and their precursors. Some industrial chemicals (e.g., phosgene, hydrogen cyanide) are also considered chemical warfare agents, are highly toxic, and are key ingredients in numerous commercial products.

### 5.5.3   Explosives

An explosives reference includes information on explosive materials found in IEDs. Individual explosive materials may be displayed by proper chemical name, chemical abstract service (CAS) number, or United Nations/North America (UN/NA) number and information may include appearance, possible precursors, formula, molecular weight, and trinitrotoluene (TNT) equivalency.

### 5.5.4   Toxic Industrial Chemicals/Toxic Industrial Materials



A toxic industrial chemical or toxic industrial material is any substance that, because of its chemical, physical, or biological properties, poses a potential risk to life, health, the environment, and/or property when not properly contained. Figure 5-2 shows an example of this type of reference which provides the emergency responder with HazMat/CBRNE information on the hazards and behaviors of any gases or vapors released during an incident. Specific information on personal protective equipment, respirator requirements, and symptoms of exposure may also be included.

### 5.5.5   Radiological Materials

This type of reference provides responders with information on radioactive isotopes. Information may include the half-life, atomic weight, inhalation and ingestion exposure limits, and symptoms of exposure at various levels.

**Figure 5-2.  ERG 2012 Guide**

*Image courtesy of FEMA*

## 5.6     HazMat/CBRNE Tools

Some HazMat/CBRNE mobile apps provide tools that perform complicated calculations related to hazards, such as radiation exposure, chemical reactivity, and blast calculators. These tools save the responder valuable time during response operations and improve the accuracy of the data that emergency responders depend on during a HazMat/CBRNE incident.

### 5.6.1    Radiological Tools

Radiological tools can perform several functions such as: calculating the activity of an unstable product given either the mass or volume and the purity; calculating the mass and volume of radiological material based on its corresponding activity; and calculating the number of minutes a responder can be exposed before exceeding the National Research Council/Occupational Safety and Health Administration exposure standards.



Mobile radiation emergency medical management (Mobile REMM) is an example of a radiological mobile app tool that helps diagnose radiation exposure and determines the proper treatment during radiological or nuclear emergencies. It contains algorithms for radiation exposure, a dose estimator, adult and pediatric triage assistance, and emergency contacts, as seen in Figure 5-3. Mobile REMM is available for Apple iOS and Android.

**Figure 5-3.  Mobile REMM Search**

*Image courtesy of NLM*

### 5.6.2    Nuclear Tools

Nuclear tools provided by mobile apps include calculations of fireball radius, radiation fallout, decay levels over time, and the decrease in radioactivity over its half-life. Some nuclear tools calculate the total dose for each hour as a function of the distance from the source while others may calculate the gamma radiation dose.

### 5.6.3    Chemical Tools

Chemical tools provide a wide range of information on hazardous chemical substances, identification support, physical characteristics, human health information, and containment and suppression advice. Wireless Information System for Emergency Responders (WISER) is a mobile app developed by the National Library of Medicine (NLM) and has access to 460 substances from the Hazardous Substance Data Bank by NLM. This mobile app has radiological and biological detail information, integrates with Chemical Hazards Emergency Medical Management (CHEMM) content, and updates to the searchable version of ERG 2012.

### 5.6.4    Biological Tools

Biological tools provide the emergency responder with comprehensive information about protective clothing, respirators, exposure hazards, isolation zones, and first aid during biological threats. The WISER mobile app provides biological support that consists of a substance list and

data for the Category A biological agents, the highest priority agents that pose a risk to national security. These agents include anthrax, botulism, plague, smallpox, tularemia, viral hemorrhagic fevers, and arenaviruses.

### 5.6.5   Explosives Tools

Explosives tools can provide information that is helpful to emergency responders in an IED or homemade explosive (HME) incident. These tools can include powder factor, air blast prediction, ground vibration, unit conversions, and blast calculators.

As previously mentioned, the mobile app FiRST provides access to map-based IED standoff data, which is based on criteria set by the U.S. Department of Homeland Security (DHS) Office for Bombing Prevention. Some of the capabilities are: display of shelter-in-place zones; isolation and down-wind protection zones; roadblock analysis; calculation of distance to glass breakage, injury, and structural damage based upon bomb size; and retrieval of current wind direction.

Alluviam LLC's HazMasterG3® mobile app provides tactical decision support for threat identification and response. Capabilities include: identification of unknown threats whether chemical, radiation or IED/HME; calculation of standoff distances and blast effects; location of hidden labs; and calculation of improvised nuclear device stand-off distances, stay-times, and fatalities. HazMasterG3 is available for Apple iOS, Android, Blackberry, and Windows.

## 6.    OPERATIONAL CONSIDERATIONS

Incorporating mobile apps into an agency's operations requires the adoption of new strategies, policies and procedures regarding communication and security of data transmission methods. U.S. government agencies and private industry organizations have developed guidelines and recommendations for mobile app use, as discussed below.

The U.S. Government's Chief Information Office Council (CIO Council) has developed a guide to assist agencies in establishing policies for defining a strategy for bring your own device (BYOD). This guide, *Government Use of Mobile Technology*, lists the top mobile policy challenges as mobile device management, properly vetting third-party mobile apps distributed through app stores, proper implementation and support for user authentication tools, and improved governance and standards.

BYOD is a policy gaining popularity in the private and government sectors that allows employees to use their own personal mobile devices to access the organization's information and applications. Many organizations are adopting this policy to promote employee productivity; however, it does introduce security and network concerns which should be addressed before implementation. The CIO Council produced the document *Bring Your Own Device Toolkit* as a guide for implementing Federal BYOD programs. It outlines key considerations from managing devices that contain different levels of data sensitivity, to security, privacy, and legal challenges. BYOD should fit the agency's environment, support mission requirements, and meet the needs of staff. A BYOD security policy should be implemented which provides detailed security requirements and procedures for each type of personal device that will be used in the workplace and connected to the network.

# 7.   IMPLEMENTATION ISSUES

In order to implement a mobile app policy, it is important to understand how mobile apps may compromise user privacy, network security, and data integrity.  The use of mobile apps in the workplace introduces new threats, vulnerabilities and risks to network security and data integrity. Organizations must understand how mobile apps work in order to build effective mobile use and access policies for their network.  Mobile risk management products are available that analyze mobile apps, determine the associated risks to the network, and report how to best manage mobile app security.

Typically, when downloading a mobile app, the user is required to provide certain personal information and grant access to the information that resides on the mobile device.  This may include phone and email contacts, call logs, internet browser data, device unique identification number, and location of the device.  Some mobile apps may share this personal data regularly with other organizations.

Some mobile apps display a permission banner before the app is installed, indicating the information that will be accessed on the device.  Users should thoroughly read the permissions and make sure they understand the risks involved prior to downloading the app.  Organizations should determine if the security features offered with the mobile app support their agency's information security policies and protocols.

# 8.   CONCLUSION

Mobile apps can provide emergency responders with information useful in assisting with decision-making during a HazMat/CBRNE incident.  These mobile apps can be used during all phases of an incident starting with the preparedness phase, when responders and emergency managers develop plans and procedures, to the response phase, when users track the hazard and determine courses of action for the current and subsequent operational periods.  While some mobile apps have been developed specifically for HazMat/CBRNE incidents, other mobile apps can provide capabilities useful to emergency responders regardless of the incident type.

Currently, there are no universally recognized standards and regulations governing mobile app development.  However, best practices and guidelines that have been independently established by mobile app vendors and government agencies are a good source of reference.

Challenges such as lack of standards, security of information, and lack of agency policies and procedures apply to all mobile apps.  Organizations should determine if the security features offered with the mobile app support their information security policies and protocols prior to authorizing their use.

# 9.    REFERENCES

Internet research can be conducted to find more information on mobile apps available for the emergency responder.  Below are some online mobile app reference sites, but it should be noted that these references may change as technology evolves.

Disaster Apps for Apple iOS is a community online discussion board that requests input from emergency responders on recommended mobile apps for the iPhone and iPad. http://ios-disasterapps.ideascale.com.

Decisions [D4H]™ has a website that lists favorite iPhone and Android mobile apps for fire and HazMat responders.  http://www.d4h.org/blog/post/20121017-Best-Phone-Apps-for-Fire-and-Hazmat-Responders.

APCO International's Application Community (AppComm) website provides a list of public safety and emergency response related apps.  http://appcomm.org.

Safety Awakenings, an online resource for the health and safety community, has published a page of safety apps.  http://www.safetyawakenings.com/apps.

MissionMode, an emergency notification and incident management application provider, has published a list of the top 15 disaster and crisis apps for iPhone and iPad. http://blog.missionmode.com/blog/15-disaster-and-crisis-apps-for-iphone-and-ipad.html.

HHS Disaster Information Management Research Center (DIMRC) provides online access to disaster mobile apps and mobile optimized web pages for mobile device users.  Users can install apps on their mobile device or access the mobile web page from the site. http://sis.nlm.nih.gov/dimrc/disasterapps.html.

USA.gov, the U.S. government's official web portal, offers a Mobile Apps Gallery for Apple iOS, Android and Blackberry apps.  Users can install apps on their mobile device or access the mobile web page from the site.  http://apps.usa.gov.

The Apple App Store contains apps developed specifically for Apple iOS. http://www.apple.com/iphone/from-the-app-store.

Android Apps are available on the Google Play Shop for download. https://play.google.com/store/apps?hl=en.

BlackBerry® World™ is the storefront for mobile apps for BlackBerry. http://us.blackberry.com/apps/blackberry-world.html#tab-1.

The Windows Phone app store contains mobile apps for Windows. http://www.windowsphone.com/en-us/store/overview.

# Exhibit F

DOE/NV/25946–3374



# Flexible, Intelligent, Multi-Node CBRN Environment Simulator (FIMCES)

## NLV-028-17, Year 1 of 3

Richard Hansen

Gerald Newman

Yvonne Hendricks

Larry Platte

Henry Holstein, Navarro

MAJ Matt Dorsey, USA, DTRA J9

MAJ James Warren, USA, DTRA J9

### Acknowledgments

Timothy Leong, DTRA J9

Hilda Hernández, NNSA/NFO

This work was done by National Security Technologies, LLC, under Contract No. DE-AC52-06NA25946 with the U.S. Department of Energy and supported by the Site-Directed Research and Development Program.



# Challenge






- Develop a low-cost, versatile Chemical, Biological, Radiological, Nuclear, and Explosive (CBRNE) simulation system for hands-on training and exercises for prevention and response operations.

- State, Territorial, Tribal, Tribal, and Local (STTL) responders need to train and practice

  - Detecting, locating, and identifying hidden nuclear material in public venues
  - Safely operating in high radiation levels
  - Surveying large areas for plume deposition
  - Scanning people for contamination

- Typical training and exercise activities utilize
  - Low activity radiation point sources
  - Highly restrictive environments
  - Specialized training instruments with limited threat selections

2





# Innovation

- Use Commercial Off-the-Shelf (COTS) Android smart phones and WiFi/Bluetooth beacons as detectors and sources.

- Use Government Off-the-Shelf (GOTS) modelling software

  o Characterize the emissions from shielded nuclear and other radioactive materials in unclassified configurations

  o Characterize the radiation detector response of suite of specific instrument

- Use smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source.

- VIRTUS app calculates detector response and emulates instrument user interface.

3

# Technical Approach – Point Sources






- **Virtual Radioactive Source Object (VRSO)**
  Nuclear or Radioactive Material (amount and shape) plus Shielding/Moderator Material.

- GOTS modeling software SWORD
  Monte Carlo calculation of average gamma spectrum, gamma and neutron emission rate.

- Industrial Materials (2700 Ci Cs-137 on Explosives)
- Nuclear Material (2 x HEU 28.6 kg in Alum. tube)
- Medical (15 Ci I-131 in thyroid in human body)

- Point source may be assigned to a fixed GPS location or a mobile device (smart phone in WiFi network, or Bluetooth beacon, or WiFi beacon).

4

# Technical Approach – Plume Deposition





- Map Tool App allows trainer to "finger paint" gamma radiation dose rate fields on Google Map of exercise area.

- Point sources can be selected and positioned at fixed GPS locations using Map Tool.

- Nuclear detonation fallout plume from ORNL software DELFIC/FPTool can be converted to scenario file



5





# Technical Approach – Detectors

- Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems).

- Detector responses modelled in SWORD and combined with manufacturer specifications. (e.g., sensitivity and relative energy response)

- VIRTUS detector app calculates distance from source to detector using GPS location or radio frequency beacon signal strength.

- Every second, detector response calculated from each source and plume and summed together.

- Instrument response (audio, tactile, lights, text) displayed on simulation of instrument user interface on smart phone.

6








# Results – V&V Testing at RNCTEC

- Validation and Verification (V&V) testing at NNSS Radiological/Nuclear Countermeasure Test and Evaluation Complex (RNCTEC)
- Real instruments place side-by-side with VIRTUS simulation of same instrument
- Real source on cart with Bluetooth beacon simulating same nuclide(s) with similar activity
- Source cart moved from 50 m to 1 m away, pausing every 5 m
- Positive results: User interfaces of closely matched real instruments, simulated readings increased as sources got closer, and more sensitive detectors detecting source from greater distance.

FLIR
00:04:43;28

# Results – Bluetooth-Based Source

- The simulated detector response increased less than the desired $1/R^2$ over range of 30 m to 50 m and more than $1/R^2$ at 1 m to 10 m.

- Simulated detectors experienced random spikes or drop offs in count rates/radiation level. Measured Bluetooth signal strength had momentary step functions to increase (resulting in smaller calculated range) or drop to almost zero for about a second (resulting in a calculated range of thousands of km).

- A one second glitch causes several seconds of erroneous (simulated) instrument readings, as the instrument algorithms include some averaging.

- Currently investigating filtering algorithms to replace 1 to 2 second anomalies that significantly vary from recent signal strength readings.

8



# Results – GPS-Based Source



- The simulated detector response closely matched real detector and desired $1/R^2$ over range of 10 m to 50 m from point source.

- At about 3 m to 5 m and closer to point source, the detector response occasionally jumps to new value. When the distance is less than the error in the GPS calculation and GPS-calculated location jumps around the actual location.

- Currently investigating filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration.

- Will work with STL to implement or expand upon solutions they have already developed.















# Results – Plumes

- Field test of VIRTUS App with staff of Defense Nuclear Weapon School

- DELFIC/FPTool fallout model for nuclear detonation near DNWS load into phones simulating dosimeters, survey meters, and nuclide identifiers.

- Staff drove assigned routes to determine extent/boundaries of fallout.

- Team that drove through hotter area higher dose rate readings, rate alarms, and higher accumulated doses.

- Because minor changes in the GPS location does not have impact the calculated readings in fields that do not vary drastically over 10 m, the GPS drift issue was not noticed during drill.

- DNWS staff stated this drill more effective simulation and training than drills with WiFi beacon sources.





# Summary





- FIMCES/VIRTUS app effectively simulates a variety of radiation detection instruments and radioactive and nuclear materials, but needs improvements in stability and accuracy of distance determinations for point sources.

- Investigating filtering WiFi/Bluetooth ranging functions and GPS location data.

- Simulating plume depositions works well with current version as small location errors do not result in large jumps in instrument readings.



11



# Impacts



- National Guard Bureau (NGB) discussing adopting FIMCES/VIRTUS to training, exercise, and evaluation of CBRN response units in Improvised Nuclear Device response tasks
  - Low-cost, low-infrastructure tool for individual and Collective "Hip Pocket" training
  - Set up scenarios for training without using actual equipment—detectors or sources
- NBG offered use at no-cost Homeland Response Force (HRF) and CBRNE Enhanced Response Force Package (CERFP) units for testing of FIMCES/VIRTUS
- Counterterrorism Operations Support program at NNSS for training first responders at NNSS to conduct 10-point surveys of RDD detonation plumes in urban environment (Mercury).

12

# Exhibit G

**Claim Chart of Direct Infringement [Google Smartphones 6a, 7, 7a, 7 Pro and Fold]; and, Contributory Infringement [Google Tensor Chipset-CPU]**

| | Patent 10,063,287A Indep. Claim 3 | Patent 9,389,290 Indep. Claim 20 | Patent 9,096,189 Indep. Claim 1 | Patent 10,938,689 Indep. Claim 10 |
|---|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device … a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal …interconnected to a product for communication therebetween, comprising: | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| **CPU**: Octa-core (2x2.80 GHz Cortex X1 & 2x2.25 GHz Cortex-A76 & 4x1.80 GHz Cortex-A55) **Chipset**: Google Tensor. **OS**: Android 12, Upgrade to 13 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions … a network processor … specifically targeted at the networking application domain, or a front-end processor … | whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, … capable of feedback… and storing the feedback … |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, GALILEO, QZSS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

3

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, GALILEO, QZSS | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… signal communication with the transmitter or the receiver; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, GALILEO, QZSS | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… radio frequency (RF) connection, or GPS …; | X | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Googles Android operating system …lock mechanism to secure [] phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock … replicate the pattern drawn. If [] fail … too many times… phone locks… cannot be unlocked without logging into the … Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | processing instructions to lock, unlock, or disable the lock of the communication device;<br><br>processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | | | |
|---|---|---|---|
| Pixel phones use USB Type C 3.1 USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;<br><br>processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |

| | | | |
|---|---|---|---|
| ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK-CIV now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK-CIV now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, GALILEO, QZSS | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC) |

6

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured …to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, … detect at least one of a chemical biological… agent such that the communication device capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from … product groups … of a multi-sensor detection device, …, a cell phone detection device, or a locking device; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; |

7

| | | | | |
|---|---|---|---|---|
| ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK-CIV now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection … short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| ATAK-CIVILIAN *Android Team Awareness Kit*, ATAK (built on the Android operating system) on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK-CIV now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

| | | | | |
|---|---|---|---|---|
| Google Play: The Google android device as a quadcopter drone remote. Quadcopter Drone Remote Control for All Drones, and start to remote control easily all quadcopter drones with a Google android smartphone https://play.google.com/store/apps/ | X | X | X | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;<br><br>processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |

| Google Pixel 7 Smartphone | Patent #, 10,163,230; Indep. Claim 6 | Patent #, 9,730,522; Indep. Claim 23 | Patent #, 9,076,199; Indep. Claim 1 | Patent #, 10,938,692; Indep. Claim 10 |
|---|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device … a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal …interconnected to a product for communication therebetween, comprising: | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| **CPU**: Octa-core (2x2.85 GHz Cortex X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) **Chipset**: Google Tensor G2. **OS**: Android 13 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions … a network processor … specifically targeted at the networking application domain, or a front-end processor … | whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, … capable of feedback… and storing the feedback … |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… signal communication with the transmitter or the receiver; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… radio frequency (RF) connection, or GPS …; | X | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Googles Android operating system …lock mechanism to secure [] phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock … replicate the pattern drawn. If [] fail … too many times… phone locks… cannot be unlocked without logging into the … Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | processing instructions to lock, unlock, or disable the lock of the communication device;<br><br>processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | | | |
|---|---|---|---|
| Pixel phones use USB Type-C 3.2 USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;<br><br>processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |

| | | | |
|---|---|---|---|
| Google's NFC Sensor: Nascent tech embedded in the phone. NFC for wireless electronic, portable selective detection of gas-phase chemicals. Conversion of an NFC tag enables wireless rf detection of chemical analytes with smartphone. Google NFC smartphones communicate with NFC tags | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google's NFC Sensor: Nascent tech embedded in the phone. NFC for wireless electronic, portable selective detection of gas-phase chemicals. Conversion of an NFC tag enables wireless rf detection of chemical analytes with smartphone. Google NFC smartphones communicate with NFC tags | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC) |

14

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google's NFC Sensor: Nascent tech embedded in phone. NFC for wireless electronic portable selective detection of gas-phase chemicals. Converted NFC tag enables wireless rf detection of chemicals with smartphone. Google NFC smartphones communicate with NFC tags | at least one of a transmitter or a transceiver in communication with the at least one CPU configured …to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, … detect at least one of a chemical biological… agent such that the communication device capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from … product groups … of a multi-sensor detection device, …, a cell phone detection device, or locking device; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google's NFC Sensor: Nascent tech embedded in phone. NFC for wireless electronic portable selective detection of gas-phase chemicals. Converted NFC tag enables wireless rf detection of chemicals with smartphone. Google NFC smartphones communicate with NFC tags | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; |

| | | | | |
|---|---|---|---|---|
| Google's NFC Sensor: Nascent tech embedded in the phone. NFC for wireless electronic, portable selective detection of gas-phase chemicals. Conversion of an NFC tag enables wireless rf detection of chemical analytes with smartphone. Google NFC smartphones communicate with NFC tags | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection … short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google's NFC Sensor: Nascent tech embedded in the phone. NFC for wireless electronic, portable selective detection of gas-phase chemicals. Conversion of an NFC tag enables wireless rf detection of chemical analytes with smartphone. Google NFC smartphones communicate with NFC tags | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

| | | | | |
|---|---|---|---|---|
| Google Play: The Google android device as a quadcopter drone remote. Quadcopter Drone Remote Control for All Drones, and start to remote control easily all quadcopter drones with a Google android smartphone https://play.google.com/store/apps/ | X | X | X | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;<br><br>processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |

17

| Google Pixel 7 Smartphone | Patent #: 10,163,287 Indep. Claim 5 | Patent #: 9,589,439 Indep. Claim 23 | Patent #: 9,096,189 Indep. Claim 11 | Patent #: 10,953,682 Indep. Claim 16 |
|---|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device … a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal …interconnected to a product for communication therebetween, comprising: | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| **CPU**: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) **Chipset**: Google Tensor G2. **OS**: Android 13 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions … a network processor … specifically targeted at the networking application domain, or a front-end processor … | whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, … capable of feedback… and storing the feedback … |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS, NavIC | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

19

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS, NavIC | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… signal communication with the transmitter or the receiver; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS, NavIC | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… radio frequency (RF) connection, or GPS …; | X | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Googles Android operating system …lock mechanism to secure [] phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock … replicate the pattern drawn. If [] fail … too many times… phone locks… cannot be unlocked without logging into the … Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | processing instructions to lock, unlock, or disable the lock of the communication device;<br><br>processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB Type-C 3.2 USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;<br><br>processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |

| | | | | |
|---|---|---|---|---|
| Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS, NavIC | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC) |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | at least one of a transmitter or a transceiver in communication with the at least one CPU configured …to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, … detect at least one of a chemical biological… agent such that the communication device capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from … product groups … of a multi-sensor detection device, …, a cell phone detection device, or locking device; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; |

| | | | | |
|---|---|---|---|---|
| Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection … short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google's camera lens with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. Google's megapixel camera captures the image from the array of nanopores uses fluid. Sensors in one array is determined by the pixel resolution phone camera. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

| | | | | |
|---|---|---|---|---|
| Google Play: The Google android device as a quadcopter drone remote. Quadcopter Drone Remote Control for All Drones, and start to remote control easily all quadcopter drones with a Google android smartphone https://play.google.com/store/apps/ | X | X | X | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;<br><br>processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |

25

| Google Pixel 7 Pro SmartPhone | Patent #: 10,161,280 Indep. Claim 23 | Patent #: 9,780,435 Indep. Claim 25 | Patent #: 9,076,189 Indep. Claim 11 | Patent #: 10,936,662 Indep. Claim 31 |
|---|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device ... a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal ...interconnected to a product for communication therebetween, comprising: | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| **CPU**: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) **Chipset**: Google Tensor G2. **OS**: Android 13 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions ... a network processor ... specifically targeted at the networking application domain, or a front-end processor ... | whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, ... capable of feedback... and storing the feedback ... |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… signal communication with the transmitter or the receiver; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… radio frequency (RF) connection, or GPS …; | X | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Googles Android operating system …lock mechanism to secure [] phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock … replicate the pattern drawn. If [] fail … too many times… phone locks… cannot be unlocked without logging into the … Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | processing instructions to lock, unlock, or disable the lock of the communication device;<br><br>processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | | | |
|---|---|---|---|
| Pixel phones use USB Type-C 3.2 USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB Type-C 3.2 USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;

processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |

| | | | | |
|---|---|---|---|---|
| Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.3, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO, QZSS | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC) |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | at least one of a transmitter or a transceiver in communication with the at least one CPU configured …to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, … detect at least one of a chemical biological… agent such that the communication device capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from … product groups … of a multi-sensor detection device, …, a cell phone detection device, or locking device; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; |

| | | | | |
|---|---|---|---|---|
| Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection … short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Smartphone Biosensors: Ambient light sensor; Capillary inlet: (Air analysis); Capillary inlet: (Fluid analysis); Microfluidic cassette; VIS-NIR spectrometer; NNAP Electrodes; Optical Waveguide; Back and front camera; and, Microphone | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

| | | | | |
|---|---|---|---|---|
| Google Play: The Google android device as a quadcopter drone remote. Quadcopter Drone Remote Control for All Drones, and start to remote control easily all quadcopter drones with a Google android smartphone https://play.google.com/store/apps/ | X | X | X | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;<br><br>processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |

| | Patent ?, 10,065,287 Indep. Claim 5 | Patent ?, 9,339,893 Indep. Claim 25 | Patent ?, 9,076,132 Indep. Claim 1 | Patent ?, 10,034,002 Indep. Claim 10 |
|---|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device … a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal …interconnected to a product for communication therebetween, comprising: | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| **CPU**: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) **Chipset**: Google Tensor G2. **OS**: Android 13 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions … a network processor … specifically targeted at the networking application domain, or a front-end processor … | whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, … capable of feedback… and storing the feedback … |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X |

34

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

| | | one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... signal communication with the transmitter or the receiver; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection; | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | | | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... radio frequency (RF) connection, or GPS ...; | X | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |
| Googles Android operating system ...lock mechanism to secure [] phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock ... replicate the pattern drawn. If [] fail ... too many times... phone locks... cannot be unlocked without logging into the ... Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | processing instructions to lock, unlock, or disable the lock of the communication device;<br><br>processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | | | |
|---|---|---|---|
| Pixel phones use USB Type-C 3.2 OTG, USB 2.0 power adapters and cables. Charge phone with a USB-A power adapter; USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to [] communication device; | X | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). On the phone, open the Google Fit app; tap Home.; scroll to "Heart rate" and tap Add; touch, hold finger on the back camera lens; follow the on-screen instructions | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |

| | | | | |
|---|---|---|---|---|
| Google Beacon: Bluetooth; GPS; Wi-Fi.  Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE] sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Beacon: Bluetooth; GPS; Wi-Fi.  Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE] sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct, Bluetooth 5.2, A2DP, LE NFC, GPS, GLONASS, BDS GALILEO | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC) |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google Beacon: Bluetooth; GPS; Wi-Fi.  Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE]sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | at least one of a transmitter or a transceiver in communication with the at least one CPU configured …to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, … detect at least one of a chemical biological… agent such that the communication device capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from … product groups … of a multi-sensor detection device, …, a cell phone detection device, or locking device; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>Google Beacon: Bluetooth; GPS; Wi-Fi.  Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE] sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; |

| | | | | |
|---|---|---|---|---|
| Google Beacon: Bluetooth; GPS; Wi-Fi. Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE] sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection … short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Beacon: Bluetooth; GPS; Wi-Fi. Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google's GPS, WiFi, Bluetooth phone [CBRNE] sensors and beacon signals to calculate distance. Filtering WiFi/ Bluetooth ranging and GPS location data. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

| | | | | |
|---|---|---|---|---|
| Google Play: The Google android device as a quadcopter drone remote. Quadcopter Drone Remote Control for All Drones, and start to remote control easily all quadcopter drones with a Google android smartphone https://play.google.com/store/apps/ | X | X | X | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;<br><br>processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |