





Retail
U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
AUG 21, 2023
94612
$75.60
RDC 07
R2304N117418-7



PRIORITY MAIL EXPRESS®

EJ 772 065 455 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 864 ) 288-5605

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( 510 ) 637-3530

U.S. DISTRICT COURT FOR THE NDC - OAKLAND
CASE NO: 4:22-CV-05246-HSG
1301 CLAY STREET, SUITE 400S
OAKLAND, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 -

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 29606
Scheduled Delivery Date: 8/22/'23
Postage: $ 75.60

Date Accepted: 8/21/'23
Scheduled Delivery Time: ☐ 10:30 AM  ☐ 3:00 PM  ☐ 12 NOON  ☒ 6PM

Time Accepted: 10:22 ☒ AM

Weight: 3 lbs. 8.6 ozs.

Total Postage & Fees: 75.60



