Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 4:22-cv-05246-HSG<br>**NOTICE OF WITHDRAWAL OF SACHLI BALAZADEH-NAYERI** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under Civil L.R. 5-1(c)(2)(C), Sachli Balazadeh-Nayeri hereby withdraws as attorney for defendant Google LLC, as she will no longer be an associate at Warren Lex LLP. Warren Lex LLP will continue to represent Google LLC in this matter.

Date: September 1, 2023

Respectfully submitted,

Sachli

Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940

+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I, Sachli Balazadeh-Nayeri, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On September 1, 2023, I served the foregoing Notice of Withdrawal of Sachli Balazadeh-Nayeri by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2023, at San Francisco, California.

Sachli Balazadeh-Nayeri