UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-05246-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE AMENDED COMPLAINT BY DEFENDANT GOOGLE LLC** |

Before the Court is the Motion to Dismiss the Amended Complaint by Defendant Google LLC. After consideration of the motion and arguments from the parties, the Court finds that it should be **GRANTED**. The amended complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge