1
2
3
4
5

Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
22-5246@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

6  *Attorneys for Defendant Google LLC*

7

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10     OAKLAND DIVISION

11

12  LARRY GOLDEN,                 )   Case No. 4:22-cv-05246-HSG
                                  )
13        Plaintiff,              )   **CERTIFICATE OF SERVICE**
                                  )
14  v.                            )
                                  )
15  GOOGLE LLC,                   )
                                  )
16        Defendant.              )
                                  )
17  _____)

18
19
20
21
22
23
24
25
26
27
28

I, Virginia G. Kain, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Lex LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On September 7, 2023, I served the Notice of Motion and Motion to Dismiss the Amended Complaint by Defendant Google LLC, and the Proposed Order Granting Motion to Dismiss the Amended Complaint by Defendant Google LLC on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing them in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2023 at San Francisco, California.

_____
Virginia G. Kain