




**U.S. POSTAGE PAID**
PME 1-Day
GREENVILLE, SC 29606
SEP. 12, 2023
$28.75
R2304H108690-09
94612
RDC 07
Retail

**PRIORITY MAIL EXPRESS**

EL624216144US

ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code: 29606
- Date Accepted (MM/DD/YY): 09/12/23
- Time Accepted: 336 ☑ PM
- Weight: lbs. ozs.
- ☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
- Scheduled Delivery Date: 09/13/23
- Scheduled Delivery Time: ☑ 6 PM
- Postage: $28.75
- Insurance Fee: $
- Return Receipt Fee: $
- Live Animal Transportation Fee: $
- Total Postage & Fees: $28.75
- Acceptance Employee Initials: MH

DELIVERY (POSTAL SERVICE USE ONLY)

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE (864) 2837-9603
Larry Golden
740 Woodruff Rd.
Greenville, SC 29607

☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)  PHONE ( )
U.S. District Court for the NDC-Oakland
Case No: 4:22-cv-05246-HSG
1301 Clay Street
Oakland, CA

ZIP+4: 94612