PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS

Retail

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29616
OCT 02, 2023
94612
$28.75
R2304M113457-33

RDC 07

**UNITED STATES POSTAL SERVICE** — PRIORITY MAIL EXPRESS

EI 697 687 039 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (864) 288-5605
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE (510) 637-3530
U.S. District Court - NDC - Oakland
Case No: 4:22-cv-05246-HSG
1301 Clay Street
Oakland, CA
ZIP + 4: 94612

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 29615
Scheduled Delivery Date: 10/3/23
Postage: $28.75
Date Accepted: 10/2/23
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 1110  ☒ AM ☐ PM
Flat Rate
Acceptance Employee Initials: [signature]
Total Postage & Fees: $28.75

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996





USPS.COM/PICKUP

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE

Court





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.