1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14

15

16

17

LARRY GOLDEN,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:22-cv-05246-HSG

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S REPLY TO MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY DEFENDANT GOOGLE LLC**

18

19

20

    Before the Court is Plaintiff's Motion for Leave to File Surreply in Opposition to Defendant's Reply to Motion to Dismiss Plaintiff's Amended Complaint by Defendant Google LLC.  After consideration of the motion and arguments from the parties, the Court finds that it should be **DENIED**.

21

22

    **IT IS SO ORDERED.**

23

24

25

Dated: _____, 2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

26

27

28