Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
22-5246@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No. 4:22-cv-05246-HSG |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Virginia G. Kain, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On October 10, 2023, I served the Opposition to Plaintiff's Motion for Leave to File Surreply by Defendant Google LLC and the Proposed Order Denying Plaintiff's Motion for Leave to File Surreply in Opposition to Defendant's Reply to Motion to Dismiss Plaintiff's Amended Complaint by Defendant Google LLC on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of the foregoing document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2023, at San Francisco, California.

_____
Virginia G. Kain