Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
22-5246@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:22-cv-05246-RFL<br><br>**AMENDED NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT BY DEFENDANT GOOGLE LLC**<br><br>Date:  December 12, 2023<br>Time:  10:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 12, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard, before Judge Rita F. Lin of the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California, 94102, defendant Google LLC will move and hereby does move for an order dismissing plaintiff Larry Golden's amended complaint for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6).  The motion is based on this Notice, the previously filed Memorandum of Points and Authorities (Docket No. 44), briefing responsive to that motion, all other matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider.

Google seeks an Order dismissing the amended complaint without leave to amend under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which this Court may grant relief.

On August 23, 2023, Google filed its Motion to Dismiss the Amended Complaint and noticed a hearing date of December 7, 2023.  On November 27, 2023, this Court issued an order which reassigned this matter from Judge Haywood S. Gilliam, Jr. to Judge Rita F. Lin, vacated the previously scheduled motion hearing of December 7, 2023, and ordered Google to re-notice this motion.  Docket No. 52. Google therefore files this amended notice with a new hearing date.

Date:  November 30, 2023

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Virginia G. Kain (State Bar No. 344545)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-5246@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I, Virginia G. Kain, certify as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On November 30, 2023, I served the foregoing Amended Notice of Motion to Dismiss the Amended Complaint by Defendant Google LLC on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2023, at San Francisco, California.

_____
Virginia G. Kain