**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2

FROM:
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607
PHONE 864-288-5605

TO:
U.S. DISTRICT COURT-NDC-OAKLAND
CASE No: 4:22-CV-05246-RFL
1301 CLAY STREET
OAKLAND, CA
PHONE 510 637-3530
ZIP 94612

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 29606
Date Accepted (MM/DD/YY): 12/6/'23
Time Accepted: 2:13 PM
Scheduled Delivery Date: 12/7/'23
Scheduled Delivery Time: 3:00 PM
Postage: $28.75
Weight: 1 lb 1.9 oz

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
DEC 06, 2023
$28.75
R2304N117418-7

94612
Retail
RDC 07

EL 625398275 US

LABEL 11-B, OCTOBER 2016

