



Retail
U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29616
DEC 08, 2023
94612
$28.75
RDC 07
R2304M111523-13

**PRESS FIRMLY TO SEAL**       **PRESS FIRMLY TO SEAL**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 864 ) 288-5605

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( 510 ) 637-3530

U.S. District Court - NDC - Oakland
Case No: 4:22-cv-05246-RFL
1301 Clay Street, Suite 400S
Oakland, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PRIORITY MAIL EXPRESS™**

EL625398284US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 29615
Scheduled Delivery Date (MM/DD/YY): 12-9-23
Postage: $ 28.75

Date Accepted (MM/DD/YY): 12-8-23
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 10:18 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 28.75

Weight: 4 lbs. 11 ozs.   ☐ Flat Rate
Acceptance Employee Initials: Sm

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY


  

UNITED STATES POSTAL SERVICE®

Court



# PRIORITY MAIL EXPRESS®



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.