Matthew S. Warren (State Bar No. 230565)
22-5246@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:22-cv-05246-RFL <br><br> **NOTICE OF WITHDRAWAL OF VIRGINIA G. KAIN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under Civil L.R. 5-1(c)(2)(C), Virginia G. Kain hereby withdraws as attorney for defendant Google LLC, as she is no longer an associate at Warren Kash Warren LLP. Warren Kash Warren LLP will continue to represent Google LLC in this matter.

Date:  January 19, 2024

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I, Francesca Miki Shima Germinario, certify as follows under 28 U.S.C. § 1746:

    I am an attorney at Warren Kash Warren LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On January 19, 2024, I served the foregoing Notice of Withdrawal of Virginia G. Kain by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

    On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

    I certify under penalty of perjury that the foregoing is true and correct.  Executed on January 19, 2024, at San Francisco, California.

_____
Francesca M. S. Germinario