Matthew S. Warren (State Bar No. 230565)
22-5246@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:22-cv-05246-RFL<br><br>**THIRD NOTICE OF PENDENCY OF OTHER ACTIONS UNDER PATENT LOCAL RULE 2-1(a)** |

Under Patent L.R. 2-1(a), defendant Google LLC notifies the Court of other actions filed by plaintiff Larry Golden within two years of the complaint in this action, which involve one or more of the patents asserted in this action, U.S. Patent Nos. 9,096,189 ("the '189 patent"); 9,589,439 ("the '439 patent"), 10,163,287 ("the '287 patent"), and 10,984,619 ("the '619 patent").

**I.    Previous Notices of Pendency of Other Actions**

On December 6, 2022, Google filed a Notice of Pendency regarding the following related cases:

*Golden v. Qualcomm, Inc.*, Case No. 4:22-cv-03283-HSG (N.D. Cal.);
*Golden v. Intel Corp.*, Case No. 5:22-cv-03828-NC (N.D. Cal.);
*Golden v. Apple Inc.*, Case No. 3:22-cv-04152-VKD (N.D. Cal.);
*Golden v. Apple Inc.*, Case No. 6:20-cv-04353-BHH-KFM (D.S.C.); and
*Golden v. Google LLC*, Case No. 6:21-cv-00244-JD-KFM (D.S.C.).

Docket No. 30.  On February 10, 2023, Google filed a second Notice of Pendency regarding *Golden v. Samsung Electronics America, Inc.*, Case No. 3:23-cv-00048-WHO (N.D. Cal.).  Docket No. 38.

II.     *Golden v. United States*, Case No. 1:23-cv-00811-EGB (Fed. Cl.)

On May 31, 2023, Mr. Golden filed *Golden v. United States*, alleging infringement of the '189 patent, '439 patent, and '287 patent.  No. 23-811C, Docket No. 1 ¶ 2 (Fed. Cl.).  In *Golden v. United States*, Mr. Golden alleges that the Defense Threat Reduction Agency "required the contractors of Draper, Microsoft, Intel, Hewlett Packard, Google, Apple, Samsung, LG, and Qualcomm to integrate 'for the Government' its, hazard-awareness-and-response tools into the ATAK, iTAK, and WinTAK for chemical and biological agents and radiological and nuclear threats (CBRN) detection and reporting." *Id.*, Docket No. 1 ¶ 22.

On June 20, 2023, Mr. Golden filed a motion for summary judgment.  *Golden v. United States*, No. 23-811C, Docket No. 9.  On July 14, the United States filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6), *id.*, Docket No. 10, as well as a motion to stay briefing on Mr. Golden's motion for summary judgment.  *Id.,* Docket No. 11.  On July 31, the Court granted the United States' motion to stay, holding that "[b]ecause we view the motion for summary judgment as premature and due to the pendency of the motion to dismiss, defendant's motion to stay briefing of plaintiff's motion for summary judgment is granted."  *Id.*, Docket No. 18, slip op. at 1.

On July 24, 2023, Mr. Golden filed a motion to strike the United States' motion to dismiss.  *Id.*, Docket No. 13 at 1.  On July 31, 2023, the Court denied this motion, holding that "[b]ecause plaintiff has not shown an improper purpose or that the motion to dismiss was filed in violation of the rules, his motion to strike is denied."  *Id.*, Docket No. 18, slip op. at 1.  The United States' motion to dismiss, as well as other motions brought by Mr. Golden, remain pending.

Date:  January 19, 2024                             Respectfully submitted,

                                                    _____
                                                    Matthew S. Warren (State Bar No. 230565)
                                                    WARREN KASH WARREN LLP
                                                    2261 Market Street, No. 606
                                                    San Francisco, California, 94114
                                                    +1 (415) 895-2940
                                                    +1 (415) 895-2964 facsimile
                                                    22-5246@cases.warrenlex.com

                                                    *Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I, Francesca Miki Shima Germinario, certify as follows under 28 U.S.C. § 1746:

 I am an attorney at Warren Kash Warren LLP and admitted to practice before this Court. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On January 19, 2024, I served the foregoing Third Notice of Pendency of Other Actions Under Patent Local Rule 2-1(a) on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

 On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

 I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2024, at San Francisco, California.

                _____
                Francesca M. S. Germinario