UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:22-cv-05246-RFL<br><br>**CLERK'S NOTICE REGARDING NOTICE OF PENDENCY**<br><br>Re: Dkt. No. 63 |

    In response to the Notice of Pendency of Other Action Involving Same Patent, docket 63, the Executive Committee has determined that no case reassignment will occur.

Dated: 01/25/2024

                                                           Mark B. Busby<br>
                                                           Clerk, United States District Court

                                                           By: _____<br>
                                                           William Noble, Deputy Clerk