PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



Retail



U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
JAN 10, 2024
94102
$28.75
RDC 07
R2304M111995-88

PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE** — PRIORITY MAIL EXPRESS

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE 864-288-5605

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)

U.S. District Court — NDC — San Francisco
Case No: 22-5246
450 Golden Gate Avenue, 16th Floor
San Francisco, CA

ZIP+4: 94102

EI 908 310 731 US



ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day
PO ZIP Code: 29606
Scheduled Delivery Date: 1/15/24
Postage: $28.75
Date Accepted: 1/10/24
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 3:33 ☒ AM
☒ Flat Rate
Acceptance Employee Initials: LS
Total Postage & Fees: $28.75

RECEIVED
JAN 11 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No...

   UNITED STATES POSTAL SERVICE




**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.