



**PRIORITY MAIL EXPRESS**

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
FEB 27, 2024
**$30.45**
R2304H108690-09

94102
Retail
RDC 07

EI 916 852 204 US

**PRIORITY MAIL EXPRESS®**
UNITED STATES POSTAL SERVICE®

FROM: (PLEASE PRINT) PHONE 864-288-5605
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

SIGNATURE REQUIRED

TO: (PLEASE PRINT)
United States District Court - NDC - San Francisco
Case No: 3:22-CV-05246-RFL
450 Golden Gate Avenue
San Francisco, CA
ZIP: 94102

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 29606
Date Accepted: 02/27/24
Scheduled Delivery Date: 02/28/24
Scheduled Delivery Time: 6:00 PM
Postage: $30.45
Total Postage & Fees: $30.45
Weight: 35¢ Flat Rate

Acceptance Employee Initials: MJH

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

LABEL 11-B, MAY 2021
PSN 7690-02-000-9996

EP13F July 2022
OD: 12 1/2 x 9 1/2

PS10001000006



