

U.S. POSTAGE
PME 1-Day
GREENVILLE, SC 29616
MAR 13, 2024
94102
RDC 07
$30.45
R2305H130991-01

# PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

## PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE 864 288-5605
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
X SIGNATURE REQUIRED

TO: (PLEASE PRINT)   PHONE 415 522-2000
U.S. DISTRICT COURT - NDC - SAN FRANCISCO
CASE NO. 22-5246
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA        RFL
ZIP + 4® (U.S. ADDRESSES ONLY)
94102

EI 935 866 360 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 29615
Scheduled Delivery Date: 03/14/24
Date Accepted: 06/13/24
Time Accepted: 11:36
Total Postage & Fees: $30.45
Acceptance Employee Initials: PV
Weight: 1 lb

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006    EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.