UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 22-cv-05246-RFL<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to the Court's order granting Defendant's Motion to Dismiss (Dkt. No. 68), judgment is entered in favor of Defendant, and against Plaintiff.

Dated: April 3, 2024

                                            Mark B. Busby<br>
                                            Clerk, United States District Court

By: _____<br>
Melinda K. Lock, Deputy Clerk to<br>
the Honorable Rita F. Lin