UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 22-cv-05246-RFL<br><br>**CLERK'S NOTICE REGARDING MOTION FOR RECONSIDERATION AND DISQUALIFICATION** |

  Pursuant to Civil Local Rule 7-1(b), the Court deems the motion suitable for disposition without oral argument. The matter is taken under submission, and the Court will issue a written order.

Dated: April 17, 2024

                      Mark B. Busby
                      Clerk, United States District Court

                      By: _____
                      Melinda K. Lock, Deputy Clerk to the
                      Honorable Rita F. Lin
                      (415) 522-4172