UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

**FILED**

Jun 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

LARRY GOLDEN,

    *Plaintiff*,

    V.

GOOGLE LLC

    *Defendant*.

CASE NO: 4:22-cv-05246-RFL

(Direct Patent Infringement),
(Induced and Contributory Patent Infringement), (Joint Infringement,
(Willful Infringement)

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Larry Golden, hereby appeals to the United States Court of Appeals for the Federal Circuit from the dated April 3, 2024 "Order Granting the Defendant [Google, LLC] Motion to Dismiss" (Dkt. No. 68) as well as any other rulings, orders [Dkt. 72, filed 05/28/2024 – Order: Denying Plaintiff's Motion for Reconsideration], findings, and/or conclusions adverse to Larry Golden.

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is "filed with the District Court clerk within 30 days after entry of the judgment or [toll] order appealed from."

As part of this notice of appeal, Larry Golden submits the required filing fee of $605 and respectfully requests the Northern District of California Court clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
(M) 8649927104
Email: atpg-tech@charter.net

Date: 06/14/2024