

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Jun 21, 2024 12:53PM

Larry Golden
740 Woodruff Rd
Greenville, SC 2960

Rcpt. No: 311169316	Trans. Date: Jun 21, 2024 12:53PM	Cashier ID: #SC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #5137 | 06/14/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 22-5246

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



San Francisco  
Oakland

San Jose  
Eureka/McKinleyville

**Clerk's Office**  
United States District Court  
Northern District of California

**MARK B. BUSBY**  
CLERK OF COURT

June 7, 2024

Larry Golden  
740 Woodruff Rd., #1102  
Greenville, SC 29607

Dear Sir/Madam:

Your check number 5135 in the amount of $505.00 is being returned for the following reason:

( )   We do not accept checks containing the statement "not to exceed". The exact filing fee is $. Your documents are being returned. Please resubmit the documents with a new check in the correct amount.

( )   Your check is made out to the wrong payee and is being returned with your documents. The correct payee is .

(X)   Your check is issued in the wrong amount and is being returned with your documents. The correct payment amount should be $605.00

( )   Other.

Please make the necessary corrections requested above and return your payment to our office. If you have any questions, please contact me at (415) 522-2083.

Sincerely,

Samuel Campos  
Intake Deputy Clerk

For USDC Finance Use Only:

Mailed by: KP   Date: 06/07/2024