1    Matthew S. Warren (State Bar No. 230565)
2    Erika H. Warren (State Bar No. 295570)
     DeMarcus B. T. Williams (State Bar No. 329756)
3    WARREN LLP
     2261 Market Street, No. 606
4    San Francisco, California, 94114
     +1 (415) 895-2940
5    +1 (415) 895-2964 facsimile
     26-831@cases.warrenllp.com
6
     *Attorneys for Defendant Google LLC*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   LARRY GOLDEN,                          )
                                            )
13       Plaintiff,                         )
                                            )
14   v.                                     )    Case No. 3:22-cv-05246-RFL
                                            )
15   GOOGLE LLC,                            )
                                            )
16       Defendant.                         )
     ───────────────────────────────────── )
17                                          )
     LARRY GOLDEN,                          )
18                                          )
         Plaintiff,                         )
19                                          )    Case No. 3:26-cv-00831-LJC
     v.                                     )
20                                          )    **DECLARATION OF MATTHEW S.**
     GOOGLE LLC,                            )    **WARREN IN SUPPORT OF**
21                                          )    **ADMINISTRATIVE MOTION**
         Defendant.                         )    **TO CONSIDER WHETHER**
22   ───────────────────────────────────── )    **CASES SHOULD BE RELATED**

23   I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

24       1.    I am an attorney licensed to practice before this Court and the State of California.  I am

25   a partner at Warren LLP, counsel for defendant Google LLC in this action.  My statements below are

26   based on my personal knowledge and, if called as a witness, I would testify competently to them.

27   //

28   //

                                          – 1 –            Case No. 3:26-cv-00831-LJC

2.      On February 6, 2026, I met and conferred by telephone with plaintiff Larry Golden regarding Google's Administrative Motion to Consider Whether Cases Should be Related.  Mr. Golden stated that he would respond to the motion after reviewing it.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 6, 2026, at Fairlee, Vermont.

_____

Matthew S. Warren

– 2 –                          Case No. 3:26-cv-00831-LJC

DECLARATION OF MATTHEW S. WARREN