Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:22-cv-05246-RFL |
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:26-cv-00831-LJC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION** |

Before the Court is Defendant Google LLC's Administrative Motion to consider whether cases should be related ("Administrative Motion") under Civil L. R. 3-12 and 7-11. The Court, having considered the Administrative Motion and related documentation, hereby GRANTS Google's Administrative Motion and relates the following actions:

- *Golden v. Google LLC*, No. 3:26-cv-00831-LJC (N.D. Cal. Sept. 18, 2025) is related to
- *Golden v. Google LLC*, 3:22-cv-05246-RFL (N.D. Cal. Sept. 14, 2022).

**SO ORDERED.**

**SIGNED ON:** _____

_____
HON. LISA J. CISNEROS
MAGISTRATE JUDGE