1  Matthew S. Warren (State Bar No. 230565)
2  Erika H. Warren (State Bar No. 295570)
   DeMarcus B. T. Williams (State Bar No. 329756)
3  WARREN LLP
   2261 Market Street, No. 606
4  San Francisco, California, 94114
5  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
6  26-831@cases.warrenllp.com

7  *Attorneys for Defendant Google LLC*

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  | LARRY GOLDEN, | ) | Case No. 3:26-cv-00831-LJC |
13  | Plaintiff, | ) | |
14  | v. | ) | **CERTIFICATE OF SERVICE** |
15  | GOOGLE LLC, | ) | |
16  | Defendant. | ) | |

1  I, Jessica Lord, declare under 28 U.S.C. § 1746:

2  I am an attorney at Warren LLP and admitted to practice before this Court and the State of California. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. On February 6, 2026, I served the following documents:

1. Administrative Motion to Consider Whether Cases Should be Related;

2. Declaration of Matthew S. Warren in Support of Administrative Motion to Consider Whether Cases Should be Related; and

3. [Proposed] Order Granting Defendant Google LLC's Administrative Motion

on plaintiff Larry Golden by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2026, at San Francisco, California.

_____
Jessica Lord